UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **KENNETH HUNT** )<br>         **Plaintiff**        )<br>                                    )<br>v.                                )         Civil Action No. 95-10169-NG<br>                                    )<br>**MASSACHUSETTS DEPARTMENT** )<br>**OF CORRECTION, et al.**    )<br>         **Defendants**        ) | |

### PLAINTIFF KENNETH HUNT'S MOTION TO AMEND THE COMPLAINT

Now comes Kenneth Hunt, plaintiff in the above-captioned matter, and moves this Honorable Court for permission to Amend his Complaint to add Correctional Medical Services, Inc. as a defendant. As grounds for this Motion, plaintiff states as follows:

1. The original Complaint in this matter was filed January 30, 1995; at the time, plaintiff was proceeding *pro se*;

2. The original Complaint named approximately fifteen (15) defendants; included among these defendants were various personnel associated with Prison Mental Health Services — apparently being overseen by Goldberg Medical Associates. In the period of time between January 30, 1995 and September 3, 1999 (the date on which a Stipulation of Dismissal was entered into) there were a number of motions filed by both plaintiff (acting *pro se*) and a number of the defendants.

3. On or about August 5, 1997, plaintiff filed a *pro se* Motion to Amend the Complaint; on September 30, 1998 the Court denied the Motion to Amend the Complaint without prejudice pending settlement discussion.

4. By Stipulation of Dismissal dated September 3, 1999, the case was dismissed "without prejudice to the right, upon good cause shown, to reopen the action if defendants prevent plaintiff from obtaining treatment for his/her gender dysphoria in accordance with the treatment plan" of June 22, 1999.

5. On February 7, 2000, plaintiff filed a *pro se* motion to re-open his case, which was endorsed by Judge Gertner on May 18, 2000.

6. On February 13, 2001, a Notice of Appearance was filed by Attorney George F. Gormley.



7. On September 28, 2001 a status conference was held. Present were Richard McFarland, Esq. for the Department of Correction (DOC); Attorney Susan O'Hara of Morrison Mahoney & Miller for Correctional Medical Services (CMS); and counsel for plaintiff. At this conference, Attorney O'Hara stated that the therapist who is treating plaintiff is not a CMS employee — rather, she is a University of Massachusetts (UMass) employee. Attorney O'Hara further stated that she therefore does not think CMS should be a defendant in the present suit;

8. Correctional Medical Services (CMS) is under contract with the Department of Correction to provide "Comprehensive Health Services to Massachusetts Prison Population" (see attached Commonwealth of Massachusetts Standard Contract Form). Further, UMass are subcontractors of CMS — hired to perform therapy and mental health treatment.

9. CMS is therefore a necessary party to this lawsuit as they are responsible for the conduct of the therapist who is treating plaintiff;

10. Based on the extensive *pro se* pleadings filed in this case over the course of five (5) years, it is difficult to determine with certainty whether or not CMS is already a defendant in this matter. Counsel for CMS has indicated that she believes CMS was to be added to the suit as part of the Motion to Amend the Complaint that was denied without prejudice;

11. In the interest of erring on the side of caution, leave is requested to Amend the Complaint to add CMS as a defendant.

**WHEREFORE**, Plaintiff requests permission to amend his Complaint to add Correctional Medical Services, Inc. as a defendant.

        Respectfully submitted
        **KENNETH HUNT**
        By his attorneys,

        */s/ Christie M. Charles*

        George F. Gormley
        BBO No. 204140
        Christie M. Charles
        BBO No. 646995
        ***George F. Gormley, P.C.***
        655 Summer Street
        Boston, MA 02210
        (617) 478-2750

Dated: 4-8-02

## CERTIFICATE OF SERVICE

I, Christie M. Charles, Esq., hereby certify that on April 8, 2002 I caused a copy of the foregoing document to be served by First Class mail, postage prepaid, to:

Richard C. McFarland, Esq.
Counsel Department of Correction
Legal Division
70 Franklin Street, Suite 600
Boston, MA 02110-1300

Susan M. O'Hara, Esq.
Morrison Mahoney & Miller
250 Summer Street
Boston, MA 02210


*Christie M. Charles*
Christie M. Charles

# COMMONWEALTH OF MASSACHUSETTS
## STANDARD CONTRACT FORM

This form is jointly issued by the Executive Office for Administration and Finance (ANF), the Office of the Comptroller (CTR) and the Operational Services Di use by all Commonwealth Departments. Any changes to the official printed language of this form as published by ANF, CTR and OSD shall be void prohibit the addition of non-conflicting Contract terms. The quality of all performance by the Contractor under this Contract must be timely and meet or standards. The Contractor shall comply with all applicable Massachusetts ("State") and federal laws and regulations and perform this Contract in accordance wi Commonwealth Terms and Conditions and as follows:

*(The Contractor Must Complete Only Those Sections preceded by an ">>")*

| | |
|---|---|
| Vendor Code: 431381312-0018 | Document ID: SC DOC 9004 9CMS003 |
| >>CONTRACTOR NAME: Correctional Medical Services, Inc. | DEPARTMENT NAME: Department of Correction |
| >>Contract Manager: Brenda Morrison | Contract Manager: John Noonan, Director, Health Services Division |
| >>Phone: 888-200-9997 | Phone: (617) 727-8528, ext. 131 |
| >>Fax: 314-989-8908 | Fax: (617) 727-8569 |
| >>Business and Mailing Address: 12647 Olive Boulevard St. Louis, MO 63141-9052 | Business and Mailing Address: P.O. Box 317 Medfield, MA 02052-0317 |
| Terms and Conditions that apply to this Contract *(Completed by Department. Check one option only)*: <br> X COMMONWEALTH TERMS AND CONDITIONS (Standard) <br> OR <br> ___ COMMONWEALTH TERMS AND CONDITIONS FOR HUMAN AND SOCIAL SERVICES | Compensation *(Completed by Department)* <br> ___ Maximum Obligation of this Contract: $ _____ <br> OR <br> X No Maximum Obligation established: <br>   X Rate Contract with a Rate of: $See Section XII, Attachment A <br>   ___ Per: _____ (Multiple Rates Must Be Attached) <br>   ___ Statewide Contract or Qualified List Contract |
| Execution and Filing Status of applicable Terms and Conditions: *(Check one option only)*: <br> X Previously executed by Contractor and is on file as prescribed by CTR <br> OR <br> ___ Executed by Contractor and is attached to this Contract | Payment Type: FOR INFORMATION PURPOSES ONLY *(Completed by Department- Check one option only)* <br> X Payment Voucher <br> ___ Ready Payment (Schedule: _____ Initial Base Amt:$ _____) <br> ___ Contractor Payroll <br> ___ Recurring Payment |
| Start Date of This Contract: September 1, 1998 *(Completed by Department. Subject To Section 1. of the applicable Terms and Conditions.)* | (Termination Date of This Contract: August 31, 2001 *** *(Completed by Department. Subject To Section 4. of the applicable Terms and Conditions.)* |
| Brief Description of Performance: *(Completed by Department)* Attach a copy of the Request for Response (RFR) and the Contractor's Response and any additional negotiated terms, if applicable; or if an RFR was not required attach appropriate justification documentation including exemption from RFR requirement and details of scope of performance and compensation. <br> Comprehensive Health Services to Massachusetts Prison Population <br> (See RFR #98-9004-R21) | |
| ***with 3 one year options to renew. | |

IN WITNESS WHEREOF, the Contractor certifies, under the pains and penalties of perjury that it is in compliance with all of the following provisions and remain in compliance with these provisions for the life of this Contract; That the Contractor is qualified to perform this Contract and possesses, or shall obt requisite licenses and permits to complete performance under this Contract; that it is in compliance with all federal and state tax laws, including M.G.L. c. 62C, §49A pursuant to M.G.L. c. 151A, §19A and M.G.L. c. 152, it will comply with all laws and regulations relating to payments to the Employment Security System and re workers' compensation insurance policies; that it shall carry professional and personal injury liability insurance sufficient to cover its performance under this Contract; will comply with all relevant prevailing wage rate and employment laws; that it is in compliance with the provisions of the Acts of 1990, c. 521, §7 as amended by the A 1991, c. 329 and 102 CMR 12.00 and that the Contractor is either a "qualified employer" (it has fifty (50) or more full time employees and has established a dependen assistance program, child care tuition assistance, or on-site or near-site child care placements) or the Contractor is an "exempt employer"; that pursuant to M.G.L. c. §109 (business corporations), c. 180, §26A (non-profit corporations), c. 181, §4 (foreign corporations) and c. 12, §8F (public charities) it has filed all required certificate reports with the Secretary of State and the Attorney General's Office; that it is in compliance with Federal Anti-Lobbying requirements of 31 USC 1352; that it and any subcontractors are not currently debarred or suspended by the federal government or the State under any law or regulation, including Federal Executive Orders 12549 12689, Executive Order 147, M.G.L. c. 29, §29F and M.G.L. c. 152, §25C; and that it shall comply with Executive Orders 130, 346 and 359, M.G.L. c. 268A, c. 7, §22C any additional provisions specified in this Contract; and IN WITNESS WHEREOF, the Contractor certifies under the pains and penalties of perjury that it submitted a Response to a Request for Response (RFR) issued by the Department and that this Response is the Contractor's offer as evidenced by the execu below of the Contractor's authorized signatory, and that this Response may be subject to negotiation by the Department, and that the terms of the RFR, Contractor's Response and any negotiated terms of the Response shall be deemed accepted by the Department and included as part of this Contract, wi incorporates by reference the applicable Terms and Conditions, upon execution of this Contract by the Department's authorized signatory as of the date indica below, OR if this Contract is not the result of a Request for Response solicitation that this Contract complies with all applicable laws and regulations as indicated the execution of the authorized signatories of the Department and the Contractor as of the last date indicated below:

FOR THE CONTRACTOR:

>>X: *[Signature]* (Signature)

>>NAME: Richard H. Miles

>>TITLE: President

>>DATE: 5-28-98

FOR THE DEPARTMENT:

X: *[Signature]* (Signature)

NAME: Michael T. Maloney

TITLE: Commissioner

DATE: 31 August 1998

Issued 5/12/97