USDC
filed in open
Court 1/22/03
MM

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

KENNETH HUNT                      )
    Plaintiff                     )
                                  )
v.                                )       **Civil Action No. 95-10169-NG**
                                  )
MASSACHUSETTS DEPARTMENT           )
OF CORRECTION, et al              )
    Defendants.                   )

## MOTION OF THE DEFENDANT, CORRECTIONAL
## MEDICAL SERVICES TO DISMISS PLAINTIFF'S COMPLAINT

NOW COMES the Defendant, Correctional Medical Services, Inc., and moves to dismiss the plaintiff's Amended Complaint. As grounds, the defendant states as follows:

1. The plaintiff, Kenneth Hunt, is an inmate currently incarcerated at MCI Shirley in the medium security facility.

2. The plaintiff claims that he suffers from gender identity disorder. The plaintiff claims he is being prevented from receiving appropriate treatments because the therapist assigned to treat him does not possess "even the recommended minimal credentials for special competence with gender identity disorders that are listed in the Harry Benjamin Standards of Care." See, plaintiff's Amended Complaint, paragraph 14.

3. The plaintiff claims that he is entitled to treatment for a serious medical condition and the denial of this treatment constitutes total indifference in violation of the Eighth Amendment. See, plaintiff's Amended Complaint, paragraph 13.

4. The plaintiff is requesting injunctive relief requiring that he be provided with treatment in prison for his gender identity disorder that is consistent with the Harry Benjamin Standards of Care.

Claim dismissed against Correctional Medical Services. [signature] 1/22/03

1012488.1

136

5.   When the plaintiff re-opened this claim in 1998, Correctional Medical Services was under contract to provide health treatment to the prison population (CMS subcontracted with UMASS to provide mental health treatment).

6.   As is set for the attached Affidavit of Arthur Brewer, M.D., Correctional Medical Services is no longer under contract with the Department of Corrections for any provision of health care services to the Massachusetts prison population.  This contract has been taken over by the UMASS Correctional Health Care Program as of January 1, 2003.

7.   As such, Correctional Medical Services is not a proper party in the plaintiff's Amended Complaint which, as stated above, demands injunctive relief only.  As such, the defendant, Correctional Medical Services, respectfully requests that this court dismiss the Amended Complaint as it pertains to it.

Respectfully submitted,
CORRECTIONAL MEDICAL SERVICES
the Defendant
By their attorneys

_____
Bruce R. Henry, BBO #230880
Susan M. O'Hara, BBO #564828
Morrison, Mahoney & Miller, LLP
250 Summer Street
Boston, MA 02110

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and the attorney of record for each other party) by mail (by hand) on _____ 1/22/03

1012488.1

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KENNETH HUNT | ) |
|     Plaintiff | ) |
| | ) |
| v. | )    **Civil Action No. 95-10169-NG** |
| | ) |
| MASSACHUSETTS DEPARTMENT | ) |
| OF CORRECTION, et al | ) |
|     Defendants. | ) |

### AFFIDAVIT OF ARTHUR BREWER, M.D.

I, Arthur Brewer, M.D., do upon my oath depose and state as follows:

1.  I am a medical doctor, licensed in the Commonwealth of Massachusetts, with a principal place of business at 1 Research Drive, Westboro, Massachusetts 01581;

2.  I am the Program Medical Director of the UMASS Correctional Health Care Program. The UMASS Correctional Health Care Program is under contract with the Commonwealth of Massachusetts, Department of Corrections, to provide all physical and mental health care to inmates incarcerated within the system. This contract with the Department of Corrections has been in effect since January 1, 2003;

3.  Prior to holding this position I was the Program Medical Director of Correctional Medical Services. Correctional Medical Services contracted with the Commonwealth of Massachusetts, Department of Corrections to provide all physical health care to inmates incarcerated within the system. This contract was in effect from April of 1995 through December 31, 2002;

4.  Correctional Medical Services is no longer under contract to provide any physical or mental health care to inmates within the Department of Corrections.

Signed this $\underline{03}$ day $\underline{Ja}$, 2003 under the penalties of perjury.

_____
Arthur Brewer, M.D.

1012478.1