UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KENNETH KATHEENA HUNT
    plaintiff

C.A. NO. 95-10169-NG

V.

DAVID FORSBERG, ET. AL.
    Defendants

## MOTION TO RE-OPEN THIS CASE

Now comes the plaintiff in the above cited action. Respectfully request and moves this Honorable court to reopen this action no before this court for the violation and denial of the stipulati and agreement dated. OCTOBER,12,04,See the docket entry and imp ed agreement registered with this court agreed to by all parties.

Plaintiff. Kenneth Katheena Hunt. States thatunder the stipulat and agreementthat under Federal Rules of Civil procedure Rule 4 (a), [1] And [2], Allows the Plaintiff to Re-Open this action, r their failure to comply and or denial of said treatment under t standard of care under the International standard of care trans gender dysphoria under Harry Benjamin.

The defendants and thier agents as well as the Commissioner Kathleen m. Dennehy have stop and denied plaintiff to proceed further transition to the Next level of treatment plan that was outlined by the medical provider of fenway Community Health

1

Service and the psychiatrist evaluation report by both medical D    Kevin Kapila, MD And Dr. Randi Kaufmar, PsyD evaluation and recommendation on how to treat Kenneth Katheena Hunt gender ider   ty disorder agreement dated and signed on, JULY 24,2003 by both doc   rs.

Plaintiff futher states that the Dr.Warth the Endocrinologist tl    is treating the plaintiff with Female Hormones of 5, Mg of estrac  1 ones a week. Dr. Warth has made a recommendations for the plaint   f to have laser Hair Removal to be done and to reeive bras and spc  s bras because of large breast development that are size 32'A brea  size for health Reasons that makes them medically necessary.

Plaintiff has being seening Heidi strickland,Licsw, Mental Healt    have been seing me for about two years she has being going to special training for gender identity also has been stop by the L   '.C. And now plaintiff is only reciving just simple mental Health cou  seling now.

Plaintiff state that the D.O.C. Is constantly interference with plaintiff treatment to progess to the Next level of treatment by   he Harry Benjamin standard of care.

Plaintiff has made request for female underwear and bras and a sports bras and also make-up and anyother female clothing that plaintiff be allowd to have and mental Health, Director at mci s   rley signoff on it as well as Umass and everyone else then it was ser   o the Commissioner Kathleen Dennehy for final approver has being c   r one year now. And now the plaintiff is now getting the run aroun

2

by the Commissioner and also the Peter J. Heffonan Atcing Direct all the letter are being referred to the Acting Director of Heal services for the massachusette Department of Correction.

Plaintiff states that prison inmate name is Michelle Kosilek at MCI norfolk facility has received all of his Female clothing and Female bras and make-up and also received LASER HAIR REMOVAL Kos ek has had now all of theese Female items for over one year now and the Commissioner had authurized theese item's for michelle Kosil and not for the plaintiff.

Plaintiff states that attorney Christie M. Charles for the Georg F. Gormley,P.C. Attorneys and counselors at Law was appointed by th Court to represent me in my court case my Attorney Christie is r being agressive enough with the D.O.C. And the commissioner with he constant interference with Heidi Strickland of Mental Health and UMASS OF THE Fenway Community Health, Kevin Kapila MD. And Rand Kaufmar, psyD. With the plaintiff treatment to the Next level.

Wherefore. The plaintiff in the above cited action respectfully request Moves and prays that this Honorable Court, Reopen this action and allows the action to proced,

Plaintiff further seeks a court Order by the Judge Gertner to or r the D.O.C. And the Commissioner to give me all of the Female clot ng and make-up and Female Bras and a sports Bras anyother Female cl hing that plaintiff be allowed to have,

and further seek a court Order to order tha D.O.C. The commissic r

3

To allowed me to start my Real Life transition of the treatment plan that was sign by both Doctors Kevin Kapila MD. and Randi Kaufman, psyD. Real life transition (or Real life Test) Would require plaintiff to Living Full Time as a Female by the Harry Benjamin standard of care. see attacched document

plaintiff further states that this is the second time that the D.O.C. Has broken another stipulation of the agreement in Augus 6, 1999, see Attached document.

The plaintiff prays and moves this court to alow this action to be reopenned and proceed.   ( SEE ALL THE ATTACHED DOCUMENT IN   E BACK OF THE AFFIDAVIT (EXHIBITS)

Respectfully Submitted,

*Kenneth Katheena Hunt*

DATED. 13    2005

KENNETH KATHEENA HUNT
MCI-SHIRLEY
P.O. BOX 1218
SHIRLEY, MASS, 01464

CERTIFICATE OF SETVICE

I, KENNETH KATHEENA HUNT, Heredy certify that atrue andcomplete copy of the foregone actio, Has been served unon all parties involved with this action, By first clas pre-paid mail on this 13 day of september, 2005 signed und the pains and penalties of perjury

*Kenneth Katheena Hunt*

Kenneth Katheena hunt

4