UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

C.A. NO. 95-10169-NG

KENNETH KATHEENA HUNT

Plaintiff

V.

KATHLEEN M. DENNEHY

Defendant

AFFIDAVIT IN SUPPORT OF MOTION

TO REOPEN THIS CASE

I Kenneth Katheena Hunt, being sworn to Law Depose and State that that the following facts are true to the best of my knowledge and beliefs.

1.) I Kenneth Katheena Hunt am presently incarcerated with the Mass. Dept. of Corrections at the Facility known as M.C.I. Shirley.

2.) I filed an action with this Court as cited in the above caption with said docket number.

3.) I Kenneth Hunt states further that I'am a funtional iliterate and need assistance to read letters, legal material ect...

4.) Within said stipulation and agreement of Oct. 13, 2004 it states, that if for any reason they (D.O.C.) could not comply with said agreement, that the case could be reopened under Fed. R. Civ. Proc. Rule 41.

5.) I Hunt states that, since this agreement, I have had problems with my treatment and written many complaints, that as of yet have not been corrected.

6.) I Hunt states that I have suffered from the fluctuating Estrogen injections which went from less than 1mg to as much as 10mg. This fluctuation in my Estrogen injections has caused me to suffer moodswings, sometimes sever headaches and hotflashes, loss of breast development, this is due to the irregular Estrogen flow in my system, also, there has been occasions where I had to stop the nurse from injecting me either because they were using the wrong needle or there was a bubble in the syringe, or it wasn't the proper mg's in the syringe.

7.) I Hunt states I was placed on medication that was said to be essential to my developement, only to be taken off without word or reason.

8.) Under the Harry Benjamin Standard of care, the only people who should be administering to me is those who have extensive Credentials in Gender Dysphoria, as it stands, I'am being seen by an Endocrinologist who has absolutely no qualifications in dealing with people with Gender Dysphoria.

9.) I Hunt states that I have been having uinary problem that is linked to the use of Lupron ( a cancer drug ) that is used instead of using medication geared toward proper hormon treatments.

10.) Under the Harry Benjamin Standard of care, I should be seen by a Psychotherapist who specitically sees those with Gender Dysphoria, as it stands, I'm seeing someone in the D.O.C., but is not trained in Gender Dysphoria.

11.) The D.O.C., on several occasions requested a treatment recommendation from the Fenway Community Clinic and UMass which they received but has not acted apon.

12.) I Hunt, states that I have made several attemps in asking the D.O.C. when will I be allowed to progress in my treatments. Their reponce is dealing with continuing to look into the issue of Security when the D.O.C. know that there is a growing number of openly and closeted gay individuals incarcerated within the system and no security issue has occurred with them. The D.O.C. know or should know that what I'am dealing with, puts me on an entirely differebt level than those who are openly or closeted gay.

13.) I Hunt, states that the continued stonewalling tactics used by the D.O.C., the fluctuating Estrogen injections, the misuse of medication, the lack of qualified Gender specialist and Pschtherpists, ect. has caused me to suffer mentally and physically. The numerous complaints can attest to that.

14.) In the stipulation and agreement they cite the treatment will be pursuant to the international standard of care and treatment under Harry Benjamin for Transgender Dysphoria conditions.

15.) I KENNETH KATHEENA HUNT, The affiant of this move this Honorable Court to accept this Affidavit and reopen this action and case under Fed, R. (IV, Prac. Rule 41 § et. Seq.

16.) I KENNETH KATHEENA HUNT, States that the above statement in said affidavit is true to the best of my knowledge and beliefs, As I sign this affidavit and document under the pains and penalties of perjury on this _Thurs_ , Day of February 8 2007.

Date: _1/18/07_

Respectfully Submitted,

Affiant, Kenneth Katheena Hunt

_Kenneth Katheena Hunt_

### Recertificate of Service

I KENNETH KATHEENA HUNT, Hereby certify that a true and complete copy of the foregone action has been served upon all parties involved with this action, by first class prepaid mail on this _Thurs_, Day of February 2007. Signed under the pains and penalties of perjury.

_Kenneth Katheena Hunt_

KENNETH KATHEENA HUNT

-(4)-