## UMASS CORRECTIONAL HEALTH
### Mental Health Department
### MCI-Shirley

May 30, 2006

Kenneth Kathena Hunt
W39104

Dear Inmate Hunt;

I am in receipt of your letter dated 5/26/06 to the Mental Health Department, requesting a copy of recommendations made on your behalf to the DOC. Please note that the following steps toward your gender reassignment have been recommended by UMass Correctional Health in conjunction with Fenway Community Health Services:

1. Hormone therapy            (ongoing)
2. Appropriate bra, per canteen catalog            (completed)
3. Laser hair removal – pending
4. Female undergarments per canteen catalog at MCI-Framingham– pending
5. Access to makeup as per canteen at MCI-Framingham, and other female clothing items as allowed at MCI-F – pending
6. Gender reassignment surgery – pending

Neither I nor administration (as of this date) has received any answer back from the DOC regarding progress on these above issues. I will inform you immediately should this change.

Also, I sent Dr. Angeles an email last week after our meeting indicating the length of time since your last endocrinology appt. at LSH, as I said I would.

I hope this meets your request.

Sincerely,

Merleen Mills, LICSW
Mental Health Director
MCI-Shirley