EXHIBIT B-1

Kenneth Katheena Hunt
P.O. Box 1218
Shirley, Ma 01464

Terre Marshall 9-13-06
Director Health Services Division
P.O. Box 426
Bridgewater, Ma 02324

Re: Response to letter 8-30-06

Dear Terre Marshall

Thank you very much for responding to my letter so quickly however, I am very disappointed in the way that you had responded it seems absolutely clear now that I am deliberately being stalled by you and your department from ever progressing to the next level of my treatment where I should have been over a year and a half ago despite all my efforts in writing to you about these matters, I am constantly being mislead in whats actually going on with my laser hair removal treatment, all the clothing, and the canteen items pertaining to Framingham and as well as my sexual reassignment surgery.

All parties that is directly involved with my treatment are ready to proceed with the sex reassignment, no matter how many times they have shown your department patience and professionalism you are constantly asking them to outline a treatment plan that they have giving you at least three times, and they are frustrated like I am frustrated, how many more outline treatment plan do you need before you commence with the actual treatment? Enough is enough.

I went to my session with Ms. Mills and she had informed me that noone from your department had contacted her as you have

B-1

described in your letter, this session occurred 9-13-06 and still she is patiently waiting for a response from your department.

As you know there is a Federal case in front of Judge Wolf concerning the issue of Michelle Kosilek (Sex reassignment surgery). now I don't know if you're waiting for a decision from this case or not but, I have from Judge Gertner and all parties a Stipulation of agreement that states that if I'm prohibited from moving to the next level of my treatments that I "will" be allowed to reopen my case, and I will receive a court order. Kosilek does not have a stipulation agreement I do so therefore, if Michelle loses her case it will not effect me and I am also asking that my treatments should not be based on yearly installments, one year for this, one year for that, under the Harry Benjamin standards of care all my treatments should have commenced at once, also enclosed are copies of the letters that I have received from you, your letters seems to say that we have no plans to do anything anytime soon.

Conclusion Terre Marshall I am asking that I be allowed to recieve all my treatments that has been clearly outlined to you because of these deliberate stall tactics thats being done to me it is a serious act of Cruelty and it's causing alot of mental and physical problems This is a demand letter my next step is a grievance and finally a Court order, it's bad enough that I'm not getting my proper treatment (ie proper injection levels) I have to deal with disrespectful nurses and now your inactions.

Respectfully
Kenneth Hunt

**EXHIBIT B-2**

Kenneth [illegible] Hunt
P.O. Box [illegible]
Shirley, Ma 01464

Arthur Brewer M.D.
Fenway Community Health
7 Haviland Street
Boston, Ma 02115
Date: 2006
Re: Request for a Gender Specialist

Dear Dr. Brewer,

I am requesting to be seen by a gender specialist, at this present point in time, the endocrinologist that I'm seeing doesn't seem to have the special training needed to treat those with GID, I have complained about the problems that I have been suffering for well over a year and nothing has changed my estrogen is so irregular that I suffer mood swings and extreme agitation.

This constant changes in treatment medication will cause mental health problems and before I allow this to be a problem I would rather get rid of the root cause of the problem and get treatment from an individual who specializes in GID specifically and would actually care about my mental well being and truly follow the recommended treatment without perscription changes or dosage irregularities.

The following is the changes that I've been through:
Patches had a skin reaction endocrinologist was aware of this, she put me on a different Patch with same results, then 10mg 2 wks,

8-1

B-2

then 5mg, then when she was upset at me she put me on a 1mg pill. then back to 5mg, then 6mg, then back to 5mg not to mention the different types of perscriptions. Estrogen is suppose to be in my system continuously as it stands the injections last about 3days and then my whole being is not right, this is not mentally healthy. GID is a mental disorder, and I feel like I'm a labrat being experimented on to see what happens, my health and my well being is not a game and is not to be played with.

As recommended I would like the 5mg injections (to be administered properly) and the estrogen 2.5 pill 2/day this will maintain a constant flow of estrogen through my system, this is a recommended treatment.

Thank you

Respectfully

EXHIBIT B.2

Kenneth Hunt
P.O. Box 1218
Shirley, Ma 01464

To: Dr. Warth 9-06

From: Kenneth Katheuna Hunt

Regarding: Change in hormonal treatments

Dear Dr. Warth,

I have written you several letters regarding my hormonal treatments and the way it's been ~~handled~~ handled and administered to me, you have not responded to any of my letters or to Dr. Angeles regarding this matter.

I have made several attempts to find out why I have not been sent to Shattuck Hospital for my 90 day check up as you can see it's been eight months since the last time I saw you. I've made every effort to find out why I haven't gone and I'm constantly getting the run around.

Dr. Angeles has informed me that an appointment has been setup but I haven't gone. I have also made attempts to get my injections to a 10 mg/ml injection as well as 2.5 mg estrogen pills orally twice a day would be the proper recommended dosage that I should be on. I have been informed that you are the only one that can change it but that can't happen because someone is deliberately keeping me from going to Shattuck Hospital, as I said to you in my last letter that all my lab test and my weight are all excellent, therefore there should be no reason that the proper recommended treatment and dosage be administered. I'm in the process of conversing with a doctor specializing in gender patients so that I may know the proper hormone treatments for transgender patients because the proper hormonal treatment is not being administered (ie pills and shots) to me and I haven't been getting the proper dosage, which has caused me to lose a large part of my development and caused mood swings and other problems. I have made plans to converse with the Board of Medicine about the medical indifference that I have been receiving. I pray that you can resolve this issue as soon as possible

Thank you Respectfully

EXHIBIT B-4

Kenneth Hunt
P.O. Box 1218
Shirley Ma 01464

8-17-06

Dr. Maria Warth
Lemuel Shattuck Hospital
170 Morton Street
Jamaica Plain, Ma 02130

Dear Dr. Warth

I am beginning to have very serious problem with my development, I have lost 3 inches to my cup size I went from 44 inches to 41 inches because all but one nurse, not only am I not getting the proper dose (the ½ mL) the proper needles is not being used, the majority of the nurses (except for one) attempts to use a diabetic needle instead of a intramuscular needle, when they use the diabetic needle the estradiol comes back out followed by blood, when I speak of this problem I get anger for bringing it up in return, not only that they are not giving me the proper dose, out of the 10mg/mL bottle some nurses seems to get 3-4 doses where as giving me the ½ mL (which is the proper dose) is every now and then.

These nurses intentional indifference to the proper administering of Proper dosage and the proper needle has caused me to experience mood swings, shrinking of the breast, and frustration and anxiety, this lack of medical professionalism is taking a toll on me.

Because all my test came back good which you should be aware of I am requesting to be placed on the most common and recommended hormone replacement therapy which is 2.5mg-10mg/day of premarin and 5mg/½mL estradiol valerate 1 week or 2.5mg-10mg/day of Ethyinyl estradiol (Lynoral®)

Lastly, thankyou for the copy of your recommendations

Respectfully
Kenneth Hunt

B)

Date 6-6-06

EXHIBIT
B-5

Marie Ewarth MD
Lemuel Shattuck Hospital
170 Morton Street
Jamaica Plain, Ma 02130

Kenneth Katherine Hunt
P.O. Box 1218
Shirley Ma 01464

Dear Dr. Ewarth,

I am writing in regards to our last conversation that we had concerning 10 mg injections provided that I can bring my weight down below 200 lbs, I am happy to tell you that I have achieved that my weight is now 186 lbs and falling, you can have my weight taken to verify my claim also can you request blood work to be done here to check cholesterol, triglycerides, LDL, HDL, prolactin and other such issues to ensure that all is well you will see that all this should be low also, so I am making a request to you for 10 mg injections once a week instead of 5 mg injections every 6 days speaking about the 5 mg injections I've been having proplems with the nurses that provides the injections, I've been getting my injections every 7-8 days or they claim that it's not ordered or they don't put enough estrogen in the needle, because of the on going problems occurring in the HSU (staffing shortage), I am catching the backlash. nurse Terra has been giving my injections and no problems occur the problems I'm going through is much too stressful so I'm requesting that Nurse Terra be the only nurse to give me injections.

Dr. Ewarth, please raise my injections to 10 mg injections

B-5

this would eliminate the mood swings that occurrs when i'm waiting for the next injection, that's too much emotional stress and the problems in [illegible] [illegible] only add to my dilemma.

Thank you for your time.

Respectfully



EXHIBIT B-6

The Commonwealth of Massachusetts
Executive Office of Public Safety
Department of Correction
Health Services Division

P.O. Box 426
Bridgewater, MA 02324
Phone: (508) 279-8612
Fax: (508) 279-8654
www.mass.gov/doc

Mitt Romney
*Governor*

Kerry Healey
*Lieutenant Governor*

Robert C. Haas
*Secretary*

Kathleen M. Dennehy
*Commissioner*

James R. Bender
*Deputy Commissioner*

August 15, 2006

Kenneth Kathleen Hunt, W39104
MCI Shirley
P.O. Box 1218
Shirley, MA 01464

Dear Kenneth Kathleen Hunt:

Your June 5, 2006 letter to Commissioner Dennehy was referred to me as the Director of Health Services for the Massachusetts Department of Correction. You expressed concern regarding the status of your "being moved to the next level" of GID treatment, including laser hair removal, female clothing, access to make-up and gender reassignment surgery.

Be advised that we are awaiting a response from UMass Correctional Health to our most recent requests for a specific treatment plan.

It is our understanding that you have been provided with female hormone therapy and female undergarments (bra only).

Sincerely,

Terre K. Marshall, Director

eak

CC: Kathleen M. Dennehy, Commissioner
Kenneth Appelbaum, MD, Mental Health Director, UMCH
Arthur Brewer, MD, Program Medical Director, UMCH
Kevin Sabourin, RN, Health Services Administrator, MCI Shirley
Merleen Mills, Mental Health Director, MCI Shirley

Printed on Recycled Paper

EXHIBIT
B-7

TO: COMMISSINER

FROM: KENNETH HATHEENA HUNT W 39104

RE: FEMALE BRAS / AND OTHER FEMALE CLOTHING

Dear, Commissiner

I have being very patience for over one year now waiting for a decision and your signature to allow me to have female bras and other female clothing and I have not heard from you.

Futher as I know I was told that you have stop my treatments to progress futher. I have a joint stipulaion of dismissal without prejudice that alloweds me to re-open my case in front off Judge gertner as qouted) Judge Gernter fully undersands that if at some point a Treatment is recommended for you by your qualified medical care providers and the D.O.C. Refuses to provide you with that treatment, You will re-open your case..

Can you please instruct me wether or not you have permanently have stop my progresion or is it temporary I will wait to hear from you directly, thank you.

SIGNATURE

Kenneth Katheena Hunt

DATE 7/22/ 2005

KENNETH KATHEENA HUNT
PO BOX 1218
shirley, ma 01464

CC. KATHLEEN M. DENNEHY COMMISSIONER

CHRISTER M. CHARLES ATTORNEYS AT LAW



EXHIBIT
B-8

The Commonwealth of Massachusetts
Executive Office of Public Safety
Department of Correction
Health Services Division

P.O. Box 426
Bridgewater, MA 02324
Phone: (508) 279-8612
Fax: (508) 279-8654
www.mass.gov/doc

Mitt Romney
*Governor*

Kerry Healey
*Lieutenant Governor*

Robert C. Haas
*Secretary*

Kathleen M. Dennehy
*Commissioner*

James R. Bender
*Deputy Commissioner*

August 30, 2006

Kenneth Hunt, W39104
MCI Shirley
P.O. Box 1218
Shirley, MA 01464

Dear Mr. Hunt:

This is to acknowledge receipt of your August 18, 2006 letter regarding the progress of your treatment plan.

I have initiated an inquiry with UMass Correctional Health at MCI Shirley. Once a course of action is finalized you will be advised. The next step of your treatment plan will proceed at that time.

Sincerely,

Terre Marshall, Director

eak

CC: Kenneth Appelbaum, MD, Mental Health Director , UMCH
Arthur Brewer, MD, Program Medical Director, UMCH
Merleen Mills, Mental Health Director, MCI Shirley
Kevin Sabourin, HSA, MCI Shirley

Printed on Recycled Paper

DOC

EXHIBIT
B-9

Kenneth Hunt
P.O. Box 1218
Shirley, Ma 01464

8-18-06

Department of Correction
Health Services Division
Terre K Marshall, Director
P.O. Box 426
Bridgewater, Ma 02324

Dear Mrs. Marshall,

I am in receipt of your letter dated August 15, 2006 about my level of treatment, please be advise that on May 30, 2006 a recommendation made to the D.O.C by the UMass Correctional Health was already sent, the D.O.C. has been sent at least three such recommendations (copy enclosed) it is clear that the D.O.C. has gotten some form of recommendations from UMass and other affiliates the question is What is the D.O.C. waiting for?

While it's true that I have received bras I have yet to receive permission to purchase, panties, make up or other female cloting at the least this and the laser hair removal treatment I should have had months ago, but the D.O.C. seems to not want to do anything or is a stall tactic in play?

I will await your reply to this letter

Respectfully
Kenneth L. Hunt

CC: Attorney's office
Merleen Mills, Mental Health Director, MCI Shirley
ATTorney Christie M. Charles AT LAW, For Kenneth HunT

EXHIBIT B-10

Kenneth Katheena Hunt
P.O. BOX 1218
Shirley, Ma 01464

Kathleen Dennehy
Commissioner of Correction
50 Maple St suite 3
Milford, Ma 01757-3386

Dear Commissioner

Please consider this a letter of Demand. This is my second letter to you regarding my treatment and the way that you have been handling it, and your constant delays in making decisions in the specified areas: laser hair removal, Access to make up as per canteen at M.C.I.-Framingham, and other female clothing including female under-wear as allowed at M.C.I.-Framingham, and gender reassignment surgery, that you have been refusing to give me dispite the fact that UMass and all the other medical people involved has handed you, under your request a recommendation that has been drawn up not once but several times, and each time, I am given an excuse or it's passed to someone else, and noone can get a direct answer from you, but yet, Michelle Kosilek, that's going through the same thing that I am going through, has received laser hair removal, and access to all female clothing and items and makeup, so I am asking you to allow me to move forward with my recommended treatments, so that I may continue to progress. Michelle Kosilek is basically going through Real life transition (living as a woman), but you have stalled my treatments through constant delays or use of a

pending security decision, you have already approved for one what you won't approve for me, everything is pending when it comes to my treatments steps. Why is this?

This is extremely stressful mentally and physically, because I have not been allowed to progress but I am reading about other people who has, this seems somewhat discriminator in nature. Can you explain to me why my issues are still pending? Let's not continue to use the issue of security when you have given it to others allready.

Thankyou for your time efforts and attention in this matter.

Respectfully
Kenneth Hunt Kathleener

Date 11/20/2006

B

B-11

3. When the client has demonstrated a period of stabilization for ***no less than six continuous months***, and when both client and therapist are in agreement, all necessary evaluations will be conducted by medical and mental health professionals (to support the recommendation of the therapist) to begin hormone therapy. This will be to verify that the client will not be placed at any unusual risk medically to receive hormones (i.e., outside the acceptable risk range of most male-to-female transsexuals); and to adhere to the *Standards of Care* which require a doctoral level clinician to support the progressive step of hormone therapy in gender reassignment.

4. The client will continue ***hormone therapy for at least 8-12 months***. Therapy will continue on a regular schedule to monitor adjustment and continue to address all issues that have previously been brought up in the process.

5. The point at which Real Life Transition (RLT) will be recommended is very difficult to predict. It will be dependent upon many variables, such as the client's physical and psychological response to hormone therapy, the ability to place the client appropriately (as female) within the correctional system, and the support and cooperation of the Department of Corrections in the RLT process.

6. When RLT takes place, the client will be expected to live full-time in the chosen gender of female. This usually happens ***for at least one year***. Therapy continues as it would during previous stages, with special attention to monitoring adjustment.

7. If the client has shown healthy adjustment during all previous stages, is functioning socially and personally in constructive ways, and if the client still requests surgical reassignment to complete the process, consultations for evaluation and surgical recommendation would be arranged.

8. Therapy will continue for at least one year after surgery is complete, or at least one year after the client has successfully completed the RLT (if surgery is dismissed at that point). The interval for these sessions will be established at the time of completed reassignment and will be based on an agreement between client and therapist of the client's needs.

Gardner VNA (978) 665-9078
or (978) 537-8806

Kibel-Jon Carter
MS, MHC

Feb. 3, 1999

P-07

EXHIBIT B-12

By Fenway Community Health

not been diagnosed with Gender Identity Disorder, or even been aware that such a diagnosis existed. However, given that multiple evaluators agree that this inmate qualifies for this diagnosis of Gender Identity Disorder, he should be afforded the clinical treatment outlined by the Standards of Care.

The Standards of Care call for the patient to be both eligible, and ready, to begin hormone treatment.

Eligibility requirements include:

1. that the person be 18 years of age or older.
2. that he demonstrates knowledge of what hormones medically can and cannot do, as well as their social benefits and risks
3. either a real-life experience in the desired gender role for a minimum period of three months, or a period of psychotherapy specified by a mental health professional after the initial evaluation.

The Readiness Criteria include:

1. the patient has had further consolidation of gender identity during the real-life experience or psychotherapy;
2. The patient has made some progress in mastering other identified problems leading to improving or continuing stable mental health (this implies satisfactory control of problems such as sociopathy, substance abuse, psychosis and suicidality;
3. The patient is likely to take hormones in a responsible manner.

Katheena appears to qualify for most of these requirements, some of which are even fostered by being incarcerated. For instance, while it is generally agreed that this inmate shows sociopathy, this is controlled by the structure of being incarcerated (for two life sentences plus some additional years). It does appear that Katheena requires brief further assessment and/or education on the medical effects and limits of hormone therapy, as he did not appear to demonstrate a comprehensive understanding of the effects of hormones. However, this requirement can be easily and quickly met with intervention from a mental health professional, or even a medical provider, familiar with hormone therapy for transgendered people.

It is therefore the clinical recommendation of these evaluators that Katheena's gender dysphoria be addressed with ongoing psychotherapy and hormone therapy. Continued psychotherapy would be indicated to support his adjustment to gender transition, as well as to further assess his eligibility and readiness for sex reassignment surgery. A recommendation for surgery cannot be made at this stage of treatment, but it is possible that this may become recommended at a future point.

Respectfully submitted by:

Kevin Kapila, MD
July 24, 2003

Randi Kaufman, PsyD

B-13

Kathleen Dennehy
Commission Department of Corrections
50 Maple Street suite 3
Milford Ma 01757-3386

Kenneth Hunt
P.O. Box 1218
Shirley, Ma 01464
6-5-06

Dear Commissioner Dennehy.

I'm writing in regards to U mass recommendations dated May 30, 2006 to allow me to move to the next level of my treatment so that I may be able to receive, Laser Hair removal, female undergarments, access to make up and other female clothing and Gender reassignment surgery. In understanding of the fact that there is safety concerns Concerning my treatment, please be advised that I have not been threaten or had any problems since starting my treatment. lazer hair removal, female clothing and make up are below safety Concerns and should be approved and related canteen items. Please find enclosed a copy of U Mass recommendations dated May 30, 2006

I await your reply. Thankyou

Respectfully
Kenneth Katheena Hunt

Kenneth ... Hunt
P.O. Box 1218
Shirley, Ma 01464

B-19

Kevin Kapila M.D.
Fenway Community Health
7 Haviland Street
Boston, Ma 02115 12-7-05

Dear Dr. Kapila

I am writing in regards to your evaluation of me on July 24, 2003 with Randi Kaufman PsyD. it seems like the D.O.C. is trying to say that you didn't properly outline the Readiness Criteria of real-life experience and real-life test in the desired gender role in the female role, and also the D.O.C. stated that there were no proper outline concerning dressing and living full time as female within the prison facility. The only thing that has been approved was the bra.

I need to know has this problem been rectified? Because the D.O.C. is constantly trying to find ways to slow down my ability to move to the next level of treatment, I need to know why I have not been allowed to live full time as a woman and also Heidi Strickland of mental Health is being transferred to MCI Gardner, thats 4 Counsolers that has come and gone so far, I am asking and requesting that Fenway Community Center assign a real gender Counsoler that specifically counsoles transgender people to come up here once a week once a month so that I may receive

proper treatment that I am in desperate need of.

I am stressing out all the time because I do not know who is specifically involved with my progression to the next level of my treatment, I also need to know who has been assigned to my sex reassignment surgery. I have not received any information on when I will be evaluated on my sexual reassignment surgery I am very lost in this matter and do not know who to turn to can you please help me in this matter? I would like so much to see you again so that I may better understand what is happening to me.

Thank you

Respectfully

P.S.
Please reply to this letter, I have written others and they have gone unanswered. my desire to be a complete woman is very strong, I can not see myself being trapped in limbo, that is the worse cruelty of all that the D.O.C can place upon me.

see attached copies

EXHIBIT B-15

shall be provided to the inmate from the telephonic interpreter service in accordance with 103 DOC 488. Where a literacy problem may prevent an inmate from understanding institutional rules, or 103 CMR 430, Disciplinary Proceedings assistance shall be provided to the inmate by a staff member so designated by the superintendent.

4. Institutions shall conspicuously post, in at least one (1) location, both the institution rules and 103 CMR 430 - Disciplinary Proceedings.

**400.03 Personal Expression**

1. Inmates may be permitted certain freedoms in personal grooming, as long as their appearance does not conflict with the institution's requirements for safety, security, identification and hygiene.

2. Inmates may be permitted to decorate their cells and/or sleeping quarters as long as their decorations do not conflict with the institution's requirements for safety, security, identification and hygiene. Each superintendent shall develop room/cell decorum standards.

**400.04 Program Access**

1. All program access, work assignments, and administrative decisions shall be made without regard to inmate's race, religion, national origin, sex, handicap or political views.

2. In co-educational institutions male and female inmates shall have equal access to all programs and activities, but separate sleeping quarters.

**400.05 Work Assignments Required**

1. Inmates are required to accept and perform all work assignments to which they are assigned, provided that they are medically able and the assignment does not pose an unreasonable occupational or safety hazard.