

EXHIBIT
C-1

**Mass.**

· online services · agencies · elected officials · help

Back | Home | How to Read a Profile



# Massachusetts
# Board of Registration in Medicine
# Physician Profile

## Maria R. Warth, M.D.

### I. Physician Information

(The information in sections I - VI has been provided by the physician.)

| | |
|---|---|
| **License Status:** | Active |
| **License Issue Date:** | 12/19/1984 |
| **Accepting New Patients:** | Yes |
| **Accepts Medicaid:** | Yes |
| **Primary Work Setting:** | Hospital |
| **Business Address:** | Faulkner Hospital<br>1153 Centre Street, Suite 5950<br>Jamaica Plain, MA 02130 |
| **Phone:** | (617) 739-7776 |
| **Translation Services Available:** | None Reported |
| **Insurance Plans Accepted:** | Blue Cross Blue Shield<br>Harvard Pilgrim Health Care<br>Medicare<br>Tufts |
| **Hospital Affiliations:** | Faulkner Hospital (Admitting)<br>Lemuel Shattuck Hospital (Consulting) |

### II. Education & Training

| | |
|---|---|
| **Medical School:** | Temple University School of Medicine |
| **Graduation Date:** | 1967 |
| **Post Graduate Training:** | ALBANY MEDICAL CENTER, NY - MEDICAL INTERNSHIP (7/1/1967-6/30/1968)<br>ALBANY MEDICAL CENTER, NY - RESIDENCY:INTERNAL MEDICINE (7/1/1968-6/30/1969)<br>BOSTON CITY HOSPITAL/TUFTS - RESIDENCY:INTERNAL MEDICINE (8/1/1971-6/30/1972)<br>BOSTON CITY HOSPITAL/HARVARD - FELLOW:ENDOCRIN & METABOLISM (7/1/1972-6/30/1974) |

### III. Specialty

**Area of Specialty:**   Endocrinology
                         Diabetes

## IV. Board Certifications

### American Board of Medical Specialties (ABMS)

| Board Name | General Certification | Subspecialty |
|---|---|---|
| Internal Medicine | Internal Medicine | |
| Internal Medicine | Internal Medicine | Endocrinology, Diabetes & Metabolism |

## V. Honors and Awards

ALPHA OMEGA ALPHA.

## VI. Professional Publications

J CLIN ENDOCRINOL METABOL.

## VII. Malpractice Information

Some studies have shown that there is no significant correlation between malpractice history and a doctor's competence. At the same time, the Board believes that consumers should have access to malpractice information. In these profiles, the Board has given you information about both the malpractice history of the physician's specialty and the physician's history of payments. The Board has placed payment amounts into three statistical categories: below average, average, and above average. To make the best health care decisions, you should view this information in perspective. You could miss an opportunity for high quality care by selecting a doctor based solely on malpractice history. When considering malpractice data, please keep in mind:

- Malpractice histories tend to vary by specialty. Some specialties are more likely than others to be the subject of litigation. This report compares doctors only to the members of their specialty, not to all doctors, in order to make individual doctor's history more meaningful.
- This report reflects data for the last 10 years of a doctor's practice. For doctors practicing less than 10 years, the data covers their total years of practice. You

Case 1:95-cv-10169-NG   Document 150-4   Filed 02/20/07   Page 3 of 8
Mass.Gov - Massachusetts Board of Registration in Medicine                    Page 3 of 4

C-3

- should take into account how long the doctor has been in practice when considering malpractice averages.
- The incident causing the malpractice claim may have happened years before a payment is finally made. Sometimes, it takes a long time for a malpractice lawsuit to move through the legal system.
- Some doctors work primarily with high risk patients. These doctors may have malpractice histories that are higher than average because they specialize in cases or patients who are at very high risk for problems.
- Settlement of a claim may occur for a variety of reasons which do not necessarily reflect negatively on the professional competence or conduct of the physician. A payment in settlement of a medical malpractice action or claim should not be construed as creating a presumption that medical malpractice has occurred.

You may wish to discuss information provided in this report, and malpractice generally, with your doctor. The Board can refer you to other articles on this subject.

**Dr. Warth has not made a payment on a malpractice claim in Massachusetts in the past ten years.**

### VIII.  Disciplinary and/or Criminal Actions

A.  Criminal Convictions, Pleas and Admissions:
The information in this section may not be comprehensive. The courts are now required by law to supply this information to the Board.

**Dr. Warth has had no criminal convictions in the past ten years.**

B.  Hospital Discipline:
This section contains several categories of disciplinary actions taken by Massachusetts hospitals during the past ten years which are specifically required by law to be released in the physician's profile.

**Dr. Warth has no record of hospital discipline in the past ten years.**

C.  Board Discipline:
This section includes final disciplinary actions taken by the Massachusetts Board of Registration in Medicine during the past ten years.

**Dr. Warth has not been disciplined by the Board in the past ten years.**

Additional information about a physician, including closed complaints, may be available by calling the Massachusetts Board of Registration in Medicine
Phone 617-654-9830
Toll Free Number (Massachusetts only) 1-800-377-0550

Return to
Physician Profile Search
Direct questions and comments about these results to
Massachusetts Board of Registration in Medicine

C-4

560 Harrison Avenue, Boston MA 02118
Phone 617-654-9800
For direct response please use Email

Please read the Board of Registration in Medicine Disclaimer



©2006 Commonwealth of Massachusetts

privacy policy    site map    terms of use

# UMASS CORRECTIONAL HEALTH
# MCI SHIRLEY – MEDIUM
# HEALTH SERVICES UNIT

TO:   KENNETH HUNT

COMMIT #:   W39104

FROM: CHERYL CARTER-PIPER MS, APRN, BC
HEALTH SERVICES ADMINISTRATOR

DATE: 9/10/04

RE:   ENDOCRINOLOGIST

---

I HAVE RECEIVED AND REVIEWED YOUR REQUEST FOR A CHANGE IN MEDICAL PROVIDER. APPOINTMENTS ARE SCHEDULED WITH CLINIC PROVIDERS ACCORDING TO AVAILABLE OPENINGS. WE ARE UNABLE TO SCHEDULE YOU WITH A SPECIFIC PROVIDER.


IT IS MY HOPE THAT THE ABOVE EXPLAINATION RESOLVES THE ABOVE ISSUE.

## UMMS Medical Services Request Form
*(Formulario Para Solicitar Servicios Medicos Correccionial)*

**Print Name:** Kenneth Hunt   **ID #:** W39104
*(Nombre)*   *(Numero de Identificacion)*

**Date:** 1-3-07   **Housing Location:** A-1
*(Fecha)*   *(Unidad/Localizacion)*

**Check ONLY One Box:** ☑ Medical   ☐ Dental   ☐ Mental Health
*(Marque el encasillado*   *(Medico)*   *(Dental)*   *(Salud Mental)*
*correspondiente)*

**Nature of problem or request:**
*(Naturaleza del problema (razon para solicitar los servicios Medicos)* How many times do I have to speak on the problems that I'm having with my medication being too low. I still have hot flashes and my breast has continued to shrink. Estrogen can lead to serious mental health problems and there's no real push to remedy the problem this is not something to play with, I need to have a consistant estrogen flow to cease to problems I'm having. I need to speak to someone certified in GID to see me.

I consent to be treated by the health staff for the condition described above.
*(Yo doy consentimiento/permiso para ser atendido por los empleados de salud por las razones descritas anteriormente)*

Kenneth Hunt
**INMATE SIGNATURE**
*(FIRMA DEL CONFINADO)*

**PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA**
**DO NOT WRITE BELOW THIS AREA**
*(COLOQUE EL FORMULARIO EN EL BUZON MEDICO O EN EL AREA CORRESPONDIENTE*
*NO ESCRIBA NADA DEBAJO DE ESTA SESSION)*

DATE RECEIVED: _____   TRIAGED TO: ☐ NURSE  ☐ PA/NP  ☐ PHYSCIAN  ☐ OTHER _____

*Triaged by:* _____
****************************************************************************

Subject:

Objective: BP ___  P ___  R ___  T ___

Assessment:

Plan:

Signature _____  Title: _____  Date: _____  Time: _____

## UMASS CORRECTIONAL HEALTH
### SICK CALL REQUEST FORM

Print Name: _Kenneth Hunt_ ID#: _J39109_

Date/Time _10-15-06_ Housing Location: _A_

Check **ONLY** One Box:  ☑ Medical   ☐ Dental   ☐ Mental Health

Nature of problem or request: _I am continuing to have severe hot flashes due to the improper dosage of estrogen and not administering the recommended hormonal therapy and I want to see a board certified gender specialist_

I consent to be treated by the healthcare staff for the condition described above.

Inmate Signature _Kenneth Katherine Hunt_

**PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA**
**DO NOT WRITE BELOW THIS AREA**

***

| Date/Time Received | Institution | REFERED TO: |
|---|---|---|
| | | ☐ Nurse   ☐ Midlevel   ☐ Physician |
| | Slip Sorted by: | ☐ Mental Health   ☐ Dental   ☐ Other _____ |

***

Subjective:

Objective: T _____ P _____ R _____ B/P _____

Assessment:

Plan [include inmate education]:

Signature & Title: _____ Date: _____ Time: _____

8022 Rev. 4/01

C-8

To: Harlan Mills mental health director

From: Kenneth "Katheena" Hunt

Re: letter of demand

Dear Mr./Mrs. Mills

    I am writing this letter because I wrote to you on 12/12/05 about dressing and living as female during my sessions with you. I have yet to receive an answer from you, as it stands this illness is regressive to me because of the lack of mental health treatment dealing with my issues, the fact that the mental health department here is not trained in gender issues and receiving a crash course on some gender issues doesn't qualify one as a true clinician when dealing with my issues. I would like to deal with a specialist from Fenway who is qualified to deal with gender issues such as mines, I will await 30 days for your reply

                      Thank you

1-18-06

                                  Respectfully
                                  Kenneth Katheena Hunt