EXHIBIT D-1



**Lemuel Shattuck HOSPITAL**

## Clinic Visit ~ Follow-up Consultation

Date: 3/23/04   Clinic: Endo   Primary Provider: Dr. Wareh

Vital signs: BP 124/80   P 76   RR 20   Temp 97.9   Wt 200   O2-Sat 99%

Nsg: FM visit. H/o Gender Identity Disorder. On estradiol patch 0.1 mg/day. Claimed he has allergic reaction to the patch – "areas feel like on fire". Doesn't want to take it anymore. Seen & examined – see recommendations. Labs drawn today. RTC in 6 wks.

MD NOTE: Pt continues to note itchy + burning patches, esp. areas of the 4 he has used so far — one left a "scar". He has been cutting into quarters to [illegible].

He does note ↑ breast tissue esp – R. No CP SOB [illegible] HA, [illegible] on legs [illegible]
Clear in NAD
[illegible]
Neck cl
Red, tender tissue of breasts B>L
[illegible]
[illegible] sedema or tenderness
Active patches true hyperemia of skin under them
One patch on (L) hip → area of skin hyperpigmentation (by history removed >1 week ago)
Present patches have radius of ca 3.8 cm which translates into an area of 45 cm².

Sp: Present dose of estrogen will hopefully achieve feminizing changes.
Patient having unacceptable level of difficulty with skin irritation from ongoing use with these patches.

Page 1 of 2

Consultant's Signature/Print:
[signature] Wareh, MD
Phone/Beeper: 617-522-8110 X 353
RTC: 6 weeks

White Copy: Medical Records   Yellow Copy: Requesting Practitioner
OPD.LS.06/01



LS0000646596
HUNT, KENNETH
(978) 425-4341
UMASS CORRECTI

LS00131164
07/28/1956
END.L M

Shirley - 508 792 7088

**Lemuel Shattuck HOSPITAL**

**EXHIBIT D-2**

**Clinic Visit ~ Follow-up Consultation**

Date: 5/4/04  Clinic: ENDO  Primary Provider: Dr. Warth

Vital signs: BP 124/74  P 76  RR 20  Temp 97.8  Wt 195  O2-Sat 99%

Labs fr 3/23/04 PL 10.5 FSH <0.7 LH <0.12 Estradiol 137 Testosterone <20 free testosterone <0.5 Pt was off patches altogether for about 1 week then resumed on Vivelle patches 0.3 2x/week to deliver 0.1mg qd. Continues to have irritation + itching c patches that pt finds unacceptable. Thinks breast development has slowed. No chest, GI or leg cramps.

PE: Obese feminized person.
Stims [illegible].
Ht thyd. Breasts ↑ in glandular tissue.
Abd c. Lip ch.
Sites of patches → redness and edema → hyper-pigmentation.
Assuming that patches are being used with optimal amount of pre Remitil lydro-cortisone cream they do seem to cause enough difficulty that they do not seem to be a good alternative for long term replacement. The options would seem to be injection Delestrogen q 4 weeks 10-20 mg or Premarin

☐ Problem List-reviewed/updated

☐ Med. Sheet - reviewed/updated

Page 1 of 2

Consultant's Signature/Print: [signed] M. Warth, MD

Addressograph: [stamp] HUNT

Phone/Beeper: 617-522-8110 x3353

RTC: After next weeks discussion

White Copy: Medical Records   Yellow Copy: Requesting Practitioner
OPD.LS.06/01

LS0000689620
HUNT, KENNETH
(978) 425 4341
UMASS CORRECTI

LS00131164
07/28/1956
END.L M



EXHIBIT D-3

## Clinic Visit ~ Follow-up Consultation

Date: 8/3/04  Clinic: Endo  Primary Provider: Dr Warth

Vital signs: BP 125/90  P 86  RR 20  Temp 98.5  Wt 197  O2-Sat 98%

Has been getting 5mg weekly Estradiol injections. Effect is smoother but still notes pain in breasts at start that smooths out by the end — No nausea Δ. No abd pain, bowel Δ. she Δ chest pain, SOB, vein problems or leg pain. Injxns to breast.

OE Chest pain — NAD.
Exam Cl Neck cl s thyromegaly
Chest clear to P+A
Breasts → considerable glandular tissue
Abd ch Ext clear.

Getting injections q Sunday so would have gotten on 8/1 and 7/25. On 7/29 Estradiol 250 and 8/2 368

Assessment: It certainly seems we could get adequate levels of circulating estradiol with weekly injections but the question is whether this is a good long term solution and I would favor a trial of oral estradiol. If we could achieve an acceptable level of triglycerides on oral estradiol that might be a better long term solution.

Would suggest (1) Begin Estradiol (Estrace) 1 mg po qd starting Sunday.
(2) D/C Estradiol injections w the Sunday po Estradiol is begun.

Page 1 of 2

☐ Problem List - reviewed/updated
☐ Med. Sheet - reviewed/updated

Consultant's Signature/Print: Mark P. Wall, MD / MW/k

Phone/Beeper: 617-522-8110 x3853
RTC: 6 weeks

White Copy: Medical Records    Yellow Copy: Requesting Practitioner
OPD.LS.06/01

LS0000795989  LS00131164
HUNT, KENNETH  07/28/1956
(978) 425-4342  END.L M
UMASS CORRECT

EXHIBIT D-4



## Clinic Visit ~ Follow-up Consultation

Date: 8/3/04  Clinic: Endocr  Primary Provider: M. Wirth

Vital signs: BP___ P___ RR___ Temp___ Wt___ O2-Sat___

(3) Obtain fasting triglycerides 1 week after starting Estradiol po and 4 weeks after starting Estradiol po with estradiol level on 4 week sample. If fasting triglyceride above 400 mg% please call me — repeat × 1 week. If above 600 mg% D/C po estradiol + resume .5mg q week by injection.

RTC 6 weeks c above labs.

Please watch for evidence of pancreatitis.

8/3/04 mtg note f/u in for Endo clinic eval f/u. Seen & eval by [illeg] see meds recommended. Meds as per pods order. Notify md c any problem. Send all labs & test result c pt on next visit. Send med sheet. Monitor pt for evidence of pancreatitis. Notify md c any problem. RTC 6 wks.

☐ Problem List-reviewed/updated

☐ Med. Sheet - reviewed/updated                                    Page 2 of 2

Consultant's Signature/Print: Munish Wuel, MD / M Wirth

Phone/Beeper: 617-522-8110 x3353

RTC: 6 week

White Copy: Medical Records    Yellow Copy: Requesting Practitioner
OPD LS.06/01

LS0000795989       LS00131164
HUNT, KENNETH      07/28/1956
(978) 425-4341     END.L M
UMASS CORRECTI



## Clinic Visit ~ Follow-up Consultation

Date: 7/23/04   Clinic: Endocrine   Primary Provider: M. Wartz

Vital signs: BP ___ P ___ RR ___ Temp ___ Wt ___ O2-Sat ___

~~Spoke to facility~~

Got 10 mg Estradiol IM on 6/18 and 7/2

Estradiol blood levels - 6/29 32 and 7/6 453 TG 340

This certainly fits with patient's report of estrogen deficiency symptoms starting ca. 1 week after injection. Would suggest:

(1) Review with pharmacy if he is truly getting a preparation designed for q. 4 week dosing and correct preparation if he is getting an inappropriate preparation.

(2) If he is getting a preparation designed for q 4 wk injection, would consider trying a different manufacturer's preparation since he is clearly getting much faster onset and offset than he should do.

(3) If these maneuvers do not correct the problem, would plan to give 5mg IM q. week to try to smooth out fluctuations —

Please feel free to call me with updates on these effects. I'm at LSH on Tuesday and Faulkner Hospital (617-522-5800) other week days.

☐ Problem List - reviewed/updated

☐ Med. Sheet - reviewed/updated                              Page 1 of 1

Consultant's Signature/Print: Michael Wartz, M.D. / M Wartz

Phone/Beeper: 617-522-8110

RTC: 2 mos

White Copy: Medical Records   Yellow Copy: Requesting Practitioner
OPD.LS.06/01

Kenneth Hunt

13 1164



Shirley

EXHIBIT D-6

**Lemuel Shattuck Hospital**

## Clinic Visit ~ Follow-up Consultation

Date: 6/29/04   Clinic: ENDO   Primary Provider: Dr. M Warth

Vital signs: BP 133/88  P 76  RR 20  Temp 97.4  Wt 202  O2-Sat 99%

[Handwritten clinical note - partially legible:]

Estrogen F/U. Has been getting monthly doses of Delestrogen 10 mg IM. Since he has had last ... breast tenderness after ca. 1 week. Despite this notes ↑ muscle strength and ↑ breast development. No other complaints.

PE: Alert person in NAD
HEENT Clr
Breasts: Considerable glandular tissue b/lat.
... 
Ed clear

Imp: Seems to be getting suboptimal effect from estrogen injections. In spite of this + problems c patches he is getting good feminization.

Plan: Have obtained Estradiol level now (11 days after last injection) and triglyceride.

Please give 10 mg IM dose of Delestrogen on Wednesday (6/30) - 2 weeks after last injection. Then please obtain serum estradiol level on Monday 7/5 (or Tuesday 7/6 if holiday prevents draw on 7/5). Will call for results to decide if problem is inadequate monthly dose or too rapid a fall in levels resulting in need for more frequent dosing.

msg - alert/oriented x3 here for f/u visit on his GID. Pt receiving estrogen injections. Seen & examined by Dr. Warth. Plan ... ... rate after A/P. RTC 2 mos.

□ Problem List-reviewed/updated
□ Med. Sheet - reviewed/updated

Consultant's Signature/Print: Maurice Warth, MD / MW

Phone/Beeper: 617-522-8110 x3853

RTC: 2 mos

Addressograph:
Hunt, Kenneth Shirley
LS0000776104
HUNT, KENNETH
(978)425-4341
UMASS CORRECTI

LS00131164
07/28/1956
END. L M

White Copy: Medical Records    Yellow Copy: Requesting Practitioner
OPD.LS.06/01




EXHIBIT D-1

## Clinic Visit ~ Follow-up Consultation

Date: 9-9-03   Clinic: ENDO   Primary Provider: M. Wirth

Vital signs: BP 129/80   P 78   RR 20   Temp 97.6   Wt 187   O2-Sat 100%

Labs from 9/2/03 CMP ul. TG 340 Chol 217 HDL 48 TSH 0.76 PSA 0.4 FT4 1.2 Testosterone 280 Free testosterone 11.8 LH 3.7 FSH 1.5 PLS 1 WBC 8.5 Hgb 15.1 Plt 190. UA Negative.

Discussed: pt —
Rectal → nl. prostate
Dx: Gender dysphoria.

Seems reasonable to begin hormonal therapy. Would do two additional things first —

(1) Would get baseline fasting lipid profile. Suspect the ↑ triglyceride in the one included was not fasting but since ↑↑ TG levels with pancreatitis can occur in people with hypertriglyceridemia Rxed with estrogen would prefer a fasting baseline.

(2) Although I am almost sure I did a genital exam last time I did not write it down. I think he should have such an exam documented before hormonal Rx —

Once above are done would begin Lupron 1 mg qd subcutaneously and Estradiol transdermal patch to deliver 0.05 mg qd as twice weekly patch.

RTC 2-3 weeks after above begun to assess symptoms + drug adjustment

Page 1 of 1

Consultant's Signature/Print: Muriel L. White, MD

Phone/Beeper: 617-7522 x1110 x353

RTC: 2-3 weeks after Rx begin

Addressograph:
LS0000439471
HUNT, KENNETH
(978) 425-4341
UMASS CORRECTI
LS00131164
07/28/1956
END.L M

White Copy: Medical Records   Yellow Copy: Requesting Practitioner
OPD I S.06/01

EXHIBIT
D-8



## Clinic Visit ~ Follow-up Consultation

Date: 2/24/04   Clinic: Endo   Primary Provider: Dr. Warth

Vital signs: BP 129/83  P 74  RR 20  Temp 98.2  Wt 201  O2-Sat 98%

N/V F/U visit w/o Gender Identity Disorder. On Lupron Depot 7 mg SQ q 0, + estradiol patch 2x/week. Seen + examined by Dr. Warth - continue on Lupron, estradiol dose ↑. — Pt. instructed re: medication compliance. RTC in 3-4 weeks — [signature] N MD

NOTE: Seen for F/U — Upset over problem c itching c̄ 0.05 mg patches. Says they don't stay on well. Have scars. Feels no ∆ in breast development although thinks androgen effects are less. No other complaints.

BP alert ō - NAD.
HEENT cl.
Heart [reg] abd cl. Breast development ? sl. more than in past.

Labs fr 2/3/04 FSH <0.7 (1.6-18.1) LH 1.1 (1.5-9) 3 Estradiol .94 (10-52 fm ♂)(<32 for ♀ menopause) Testosterone 38 (241-827 ♂) Free testosterone 1.1 (10-55 ♂) TG 243

Imp: Getting reasonable suppression of LH and testosterone c̄ Lupron - Given - the improved triglycerides I think we could safely try ↑ing to 0.1 mg/day patches. Hopefully the new patches will be better tolerated.

Plan: Suggest 1) Continue Lupron s ∆
            2) ↑ to 0.1 mg Estradiol/day by patch  RTC 3-4 weeks
            Page 1 of 1

Consultant's Signature/Print:
[signature] MD

Phone/Beeper: 617-522-8110 X 3853

RTC: 3-4 weeks

White Copy: Medical Records   Yellow Copy: Requesting Practitioner
OPD LS.06/01

LS0000626168          LS00131164
HUNT, KENNETH         07/28/1956
(978)425-4341         END.L M
UMASS CORRECTI

EXHIBIT D-9

# LEMUEL SHATTUCK HOSPITAL
170 Morton Street
Jamaica Plain, MA 02130
(617) 522-8110

## LSH ENDOCRINOLOGY CON. REPORT

**Patient Name:** HUNT, KENNETH
**Medical Record Number:** LS00131164         **Account Number:** LS0001880525
**Ordering Doctor:** WARTH, MARIA R MD
**Associated Orders:** ENDOCR CLINIC EST PT LEVEL 3         **Adm/Reg Date:**
12/19/06
**Date/Time Report Entered:** 12/20/06 2135         **Patient Location:** END.L

Returns for follow up. Patient is quite distressed that her breasts are smaller and feels that she needs both oral and injected estrogen to keep herself stable and to prevent hot flashes. She says that she had to eat more to increase breast size resulting in a weight increase. She denies headache, chest pain, hemoptysis, or dyspnea, GI or GU problems, or leg swelling or pain.

On examination she is an alert person in no acute distress with a BP of 125/82, temp 97.6, pulse 79, O2 sat 99%, and weight 213.2. HEENT are clear. Heart, lungs, and abdomen are clear. The legs are clear. The breasts are well developed and firm. I don't see evidence of their having become smaller.

Laboratory studies with visit of 9/5/2006 Prolactin 7.80, Total Testosterone <20 and free Testosterone 0.06 (0.8-3.50), CMP normal, Triglyceride 150, cholesterol 177, HDL 58, and LDL 89.

Impression: Trans gender (male to female) individual undergoing preparation for Sex reassignment surgery with good breast development. In need of laser or electrolysis treatment for unwanted hair, and emotional assessment of readiness to proceed to surgery.
    Hypertriglyceridemia which can be exacerbated by estrogen treatment. Would benefit from Omega 3 Fatty acids.

Plan: Estradiol, LH, FSH, Free and Total Testosterone obtained. I'll call if the data indicate that a medication change is appropriate.
    Discussed the possibility of a change back to oral estrogen and the need to keep weight in good control.

Suggest:   Please address Electrolysis or laser for hair removal.
    Please add Omega 3 fatty acids to regimen.
    Please address psychological readiness to proceed to surgery.
    Please encourage weight control efforts.

**Signed by:** <<Signature on File>>
**Signed by date:** 12/20/06
**Dictated By:** WARTH, MARIA R MD

**Co-Signed by:**
**Co-Signed by date:**
**Co-Dictated By:**

**Dictated Date:** 12/20/06

CC:

Lemuel Shattuck Hospital
170 Morton Street
Jamaica Plain, MA 02130

## LSH ENDOCRINOLOGY CON. REPORT

**Date/Time of Report:** 01/10/06 1858
**Patient:** HUNT, KENNETH
**Unit #:** LS00131164
**Acct #:** LS0001407691
**Ordering Doctor:** WARTH, MARIA R MD
**Patient Location:** END.L
**Associated Orders:** ENDOCR CLINIC EST PT LEVEL 3

Returns for follow up. Patient has a bra which has improved the breast discomfort. He reports that there has been some problem with giving him 6 mg once weekly because the medication apparently comes in 5 mg units. He does feel that 6 mg is better than 5 mg. He has no problems with chest, vision, headache, GI, GU function, or the legs. He notes that he has not been exercising much and that he eats canteen food frequently because he gets hungry. He is hopeful that the bras will allow him to exercise without discomfort. His facial hair has not yet been addressed.

On examination he is an alert man in no acute distress with a BP of 144/85, temp 97.2, pulse 78, O2 sat 98%, weight 214. HEENT are clear. Heart, lungs, and abdomen are clear. The breasts are almost full size. The left is smaller than the right and is is not clear if this will catch up in the next year or so or if it will prove to be permanent. The legs are clear without edema or tenderness.

On 10/04/2005 cholesterol was 244, Triglycereide 286, LDL 138, HDL 49, Prolactin 9.2, On 11/28/2005. On 10/11/2005 total cholesterol was 277, triglycerides 190, HDL 56, LDL 172, Prolactin 11.9, Estradiol 276.

Impression: Feminizing adequately with the present estrogen doses.
    Weight gain, increasing BP, rising LDL are all of concern in a person of this age on estrogen therapy due to the increase in cardiovascular risk. In the absence of more effective control of cardiac risk factors I would be very reluctant to go higher on the dosage of estrogen.
    Would favor consideration of hair reduction using laser or electrolysis per the Benjamin criteria.
    Given the fact that patient has been on hormonal therapy for two years it would seem reasonable to begin evaluation for readiness for consideration of sex reassignment surgery.

Suggest: If you cannot give 6 mg of Delestrogen weekly, I would consider 5 mg every 6 days if you cannot find a preparation that will allow a dose of 6 mg to be easily dispensed. I would not increase to 10 mg weekly because he seems to be feminizing well, his weight, LDL and BP are all increasing on the present dosage, and in a 49 year old with worsening cardiovascular risk factors one would want to keep the dose as low as possible.
I would work with the patient to modify diet and activity to facilitate weight loss.
I would address laser and/or electrolysis.
I would consider assessing patient's appropriateness for sex reassignment surgery.

RTC 3 months.

**Signed by:** <<Signature on File>>
**Signed by date:** 01/10/06
**Dictated By:** WARTH, MARIA R MD

Page: 1