Kenneth Kathrine Hunt
P.O. Box 1218
Shirley, Ma 01464


Christie M. Charles
755 East Broadway 3rd fl.
South Boston, Ma 02127
Date:
RE: lack of Communication

Dear Mrs. Charles,

    I am writing to you about the lack of communication that seems to dominate our client/attorney relationship.

    I have written and called you letting you know about the continuing problems that I have been having with my treatments, but as it stands the problems hasn't abated.

    The fluctuating injections is not mentally healthy for me and has been known to cause serious psychological problems the improper administration of estrogen is a stress on me because included with the injections I am suppose to get the 2.5 oral pill twice a day to ensure a steady flow of estrogen. I get an injection every 6th day and on the 3rd day I am irratable, moody and snappish this present course of treatment can be a detriment to my mental well being and the lack of action and concern allows me to come to the conclusion that my health and mental wellbeing is of little to ~~concern~~ no concern to anyone else besides me, it's bad enough that the D.O.C. is not upholding their end of the bargin it's worse to have the feeling that ones own attorney is not in the same corner with me.

I fully understand that attorneys like yourself makes little to no money being court appointed but I need you in my corner all the way I can't deal with these people alone, I can't stress to you the anguish that I'm going through not getting proper treatments and then being ignored when I speak of problems that I continuously have and the very unhealthy mental stress that I'm always under that seems to be no end to.

Christie, I'm not trying to be a pest to you but my situation is very important and getting it right is a priority, this is like changing mentally and physically, I really do need you to get these people to finally do the right thing for now on without throwing a monkey wrench into the works.

Thank you for time, efforts and attention in this matter

1-20-2007                                    Respectfully

Kenneth Kathrina Hunt
P.O. Box 1218
Shirley Ma 01464

Christie M. Charles
Attorney at Law
755 East Broadway 3rd Floor
South Boston, Ma 02127

Dear Christie

    I want to say thank you very much for the letter updating me over the holidays, even though the information you gave was vague. But however, I am very disappointed in the way that you've been handling the case. You stated in your letter that I should be patient, I've been patient since 2003 and the hormone treatments and the bras are the only things that I have received. You are suppose to be representing me in my best interest, during the stipulation agreement why did you allow the D.O.C. to contract Fenway for evaluation of hormone treatment only when Fenway can treat me on every level of my treatment. instead, I have to be evaluated by Fenway for hormone treatment and receive treatment by D.O.C. medical staff who had absolutely no training with GID, there are no degree holding medical staff with an extensive background dealing with Gender Disorder employed by the D.O.C., and because of that, I have been suffering mentally, emotionally and physically. my hormone treatments have suffered greatly, I don't get the proper dosage. I have to tell the medical staff that they are using the wrong needle or I have to tell them that there is a bubble in the syringe.

    The endocrinologist that they have me seeing is giving me back water treatments. she has me on fluctuating estrogen, she had me on patches

E-2

That was 00.5 ~~mg~~ and caused skin rashes, then I was placed on another patch with the same results, then I was placed on 10mg injection 2wk which was good, for the first week, the other week I'm going through the hot flashes, etc. then I went on 5mg pills once every 7 days, then I was on 1mg pill a day as a punishment, then I was on 6mg every 6th day, then I was on 5mg every 6th day as you can see the D.O.C. medical staff has me on a roller coaster with this estrogen treatments this is dangerous for my mental health and my physical well being I have told you about this and you've yet to do anything, this threat to my well being can't be over looked to do so ~~when~~ would be an extreme detriment to my well being.

Conclusion

I am asking you that if you can not represent me in my best interest, then give it to someone else.

Thank you

date: 1/20/07

EXHIBIT
E-3

Kenneth Hunt
P.O. Box 1218
Shirley, Ma 01464

To: Dyana Nickl
Grievance Coordinator / Westboro

Dear Ms. Nickl,

    I am writing this appeal because of the continuous fluctuating doses of estrogen that I am receiving, this is a serious health threat to me as everyone in psychiatry knows that GID is a recognized and serious psychiatric illness as it stands I'm suffering depression, moodswings, severe headaches and other psychiatric problems and I've told the endocrinologist about the problems I'm having on numerous occasions and nothing happened. I've told other individuals also and the same thing happened - nothing.

    I have not been receiving the proper dosage the fact of that can be seen in the lost of breast developement, the moodswings and other problems that I am having. I'm not suffering side effects as Kevin Sabourin (HSA?) so eloquently stated. I am suffering from fluctuating estrogen dosage and the lack of care or concerns for my health, mental and otherwise, my health nor my life is a game. I am having a serious issue and because the endocrinologist is not or seem not to have the qualification to treat GID a gender specialist is most definately a qualified person that should be seeing me, not someone who is just reading up on the issue, I am suppose to have a constant flow of estrogen in my body not take a shot feel good for 3 days and then go through problems as I wait for the next shot

    This endocrinologist is a detriment to my well being as she isn't a gender specialist and is experimenting on what dosage is alright

E-3

at that moment.

 If the current course of action is continue unabatted, irrepretable harm can occur to my person and because of the numerous complaints that I have written, noone can say that they were not forewarned and that they didn't have ample time to correct the problems. For these reasons I pray that you finally remedy this problem the issues involved are too serious to ignore.

 Thank you for your time, efforts and attention in this matter.

Date: 12-8-06           Respectfully