EXHIBIT F-1



## Inmate Grievance and Appeal Form

Facility: MEDIUM

Inmate First Name: KENNETH    ID#: W89104

Inmate Last Name: HUNT    Date of Birth: 1956

Grievance ☑ Date:
Appeal ☑ Date:
Housing Unit: A-1

**Summary of Grievance or Reason for Appeal (Attach Additional Sheets As Necessary):**

This grievance is written on Dr Maria Warth for her indifference towards my medical treatments. Since the start of my hormonal treatments my estradol injections has been on a rollercoaster, I started with 0.05 mg patches which caused very bad skin irritation, then finally went to another patch 0.0, mg which caused the same results, then went to 10mg injection 2/week but suffered hot flashes, because of the inconsistancies of the estrogen level, then 5mg injections but continued to have the hot flashes, then 6mg injections same results then 5mg injection with same results. This fluctuation of levels of injections plus the fact that the estrogen in my system is not consistant, is very dangerous to my mental stability as is stated in many reports, if Dr Warth was a gender specialist, then she would know of these dangers. I have written to this Doctor multiple times complaining about my hormonal treatments (ie Hot flashes, inconsistant estrogen levels, lost of breast development, etc) This Doctor is a potential detriment to my Physical and mental well being SEE ATTached COPies

**Remedy Requested (Attach Additional Sheets As Necessary):**

I am requesting that Dr. Warth be removed from treating me with Hormone therapy and G.I.D. And replaced with a gender specialist, that specifically specializes in the proper levels of hormone Treatment. I am also requesting that I be place me on 10 mG of Premarin Estrogens. Injection, and as will as 2.5 mG oral pill of Konjugated estrogens Premarin Two Time a day is recommend Treatment

Inmate Signature: Kenneth Hunt    Date: 11/14/2006

- Completed forms may be filed with the HSA/DON/MHD or placing the form in the Sick Call Box. For inmates in special management units, forms may be handed to rounding HSU staff.
- An inmate may appeal the decision of the HSA/DON/MHD to the UMCH Medical Director.
- An appeal must be filed within ten (10) working days from the receipt of the decision by the HSA.
- Appeals should be filed with the HSA. For inmates in special management units, forms may be handed to rounding HSU staff.
- An inmate may file the appeal directly with the UMCH Medical Director, by sending it to
    Medical Director
    UMass Correctional Health
    One Research Drive – Suite 120C
    Westborough, MA 01581

**Health Services Unit Use ONLY:**

| Date Received: | Staff Recipient: | Routed To: |
|---|---|---|
| | | |

RECEIVED DEC 11 2006





EXHIBIT
F-2

UMass Correctional Health
MCI-Shirley Medium
Harvard Road, P.O. Box 1218
Shirley, MA 01464 USA
978.425.4341 x4400 (office)
508.792.7888 (fax)

*A Program of Commonwealth Medicine*

To: Kenneth Hunt, W39104
From: Kevin Sabourin, H.S.A.
Date: December 01, 2006

Dear Sir,

Today, I am in receipt of your grievance dated 11/14/06 and letter to Dr. Brewer dated 11/27/06. The letter was forwarded to me for review and response. You have complained about a treatment plan of a doctor at LSH and you are requesting a change in that treatment plan and want to be removed from the LSH doctor treating you.

Your grievance is denied for the following reasons:
1.) The doctor you are assigned to at LSH is your specialist. You may not have a second doctor.
2.) The doctor at LSH determines your treatment based on clinical judgment. You should discuss your concerns with the LSH doctor. Some side effects are unavoidable and potentially dangerous. You should discuss these facts with your doctor.

I trust that this addresses your concerns.

Sincerely,

Kevin Sabourin, H.S.A.

Cc:  Deputy Scott Anderson
     Desiree Monaco
     Ellen Kittredge
     Lucy Ferrerira
     Dyana Nickl/Grievance coordinator/Westboro

ENTERED



RECEIVED
DEC 0 8 2006

EXHIBIT
F-3



University of Massachusetts
**UMASS** Medical School

UMass Correctional Health
One Research Drive, Suite 120C
Westborough, MA 01581

*A Program of Commonwealth Medicine*

December 12, 2006

Kenneth Hunt, W39104
MCI-Shirley
Harvard Road
P.O. Box 1218
Shirley, MA 01464-1218

Dear Mr. Hunt:

I have received your appeal not dated corresponding to the grievance that you filed on 11/14/06 while you were at MCI-Shirley. Your grievance concerned a request for a change in specialists. Your grievance was answered by the Health Services Administrator on 12/01/06.

Your appeal is denied because the response to the grievance appears to address all of your concerns. As Mr. Sabouring already informed you, you may not have a second doctor. Providers have sole discretion in determining treatment based on clinical judgment. If you have questions about your treatment plan, you should discuss this with your provider. Treatment plans are not changed through the grievance and appeal process.

You may appeal this decision to the Massachusetts Department of Corrections, Health Services Division. Appeals must be directly forwarded to:

Director
Massachusetts Department of Corrections
Health Services Division
12 Administration Road
P.O. Box 426
Bridgewater, MA 02324

Thank you,

D. Nickl
Grievance/Appeals Coordinator


Cc:     Terre Marshall, Director of Health Services Division, DOC
        Dr. Arthur Brewer, Medical Director, UMCH



(4) The Superintendent shall decide an appeal from the denial of an emergency grievance within five working days.

### 491.12    Appeal Process

The appeal process at each institution shall include the following:

(1) <u>Filing</u> - An inmate whose grievance has been denied may appeal to the Superintendent. Appeal forms shall be made available from designated institutional staff. The original grievance form must accompany all appeal forms. The appeal form must be filed within ten (10) working days from receipt of a decision to the Superintendent unless 491.11 or 491.17 are applicable.

(2) <u>Duties and Responsibilities</u> - Upon receipt of an inmate's appeal, the Superintendent's office shall date the form. Written notification of receipt of the grievance shall be forwarded to the inmate.

(2) <u>Time Limits for Response</u> - The Superintendent shall respond to the grievant, in writing, within thirty (30) working days from receipt of the grievance.

(3) <u>Approvals and Denials</u> - The Superintendent should specify in writing the reason(s) for his decision on each appeal. The Superintendent shall sign and date all appeal forms. In cases where the Institutional Grievance Coordinator's decision is modified or overturned, the specific corrective action which, is to be taken, if any, should be clearly stated. If satisfied with the proposed resolution, the inmate shall sign an acknowledgement form.

(4) <u>Record keeping and Distribution</u> - The Superintendent shall maintain a record of all grievance appeals. The appeal and original grievance will be returned to the inmate, with copies distributed to the inmate's institutional file, and forwarded to the respective Institutional Grievance Coordinator.

### 491.13    Central Office Review

Whenever a grievance appeal to the Superintendent is denied, the appeal package and any relevant documentation shall be forwarded to the departmental grievance coordinator. The departmental grievance coordinator may take any action upon review of a grievance that the Superintendent is authorized to take under 103 CMR 491.12. Whenever a superintendent places limitations on an inmate's ability to file grievances pursuant to 103 CMR 491.17, a copy of the decision and any relevant documentation shall be forwarded to the departmental grievance coordinator.