FORM "A"

## COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
## INMATE GRIEVANCE FORM

| INMATE'S NAME: Kenneth Hunt | INMATE'S #: W39109 | DATE: 11-29-06 |
|---|---|---|
| INSTITUTION: Shirley (med) | DATE OF INCIDENT: | |

**INSTRUCTIONS:**
1. Refer to 103 CMR 491, Inmate Grievance Policy.
2. In Block B, give a brief and understandable summary of your complaint/issue.
3. List any actions you may have taken to resolve this matter in Block C. Be sure to include the identity of staff members you have contacted.
4. Provide a Requested Remedy in Block D.

**A.** When filing an Emergency Grievance check Emergency.

___ EMERGENCY

**B.** Give a brief and understandable summary of your complaint/issue. Additional paper may be used, if necessary. This grievance is written on Commissioner Kathleen Dennehy for the deliberate stalling of my recommended male to female treatments. On several occasions the Commissioner received from all related personnel a requested recommended treatment outline consisting of laser hair removal treatment, access to all female clothing and related items including makeup etc, which will allow me to begin real life transition and sex reassignment surgery as it stands, I have been put off by the Commissioner, it's either awaiting a security decisions or an outright run around, another inmate going through the same treatment, has already went through the same treatments, has already went through ~~that~~ the same procedures that I'm waiting for. This continue stalling is a violation of the stipulation agreement

**C.** List any action taken to address/resolve this matter. Include the identity of staff members you have contacted.

**D.** Provide your Requested Remedy. honor stipulation agreement by giving me laser hair removal treatments, access to all female clothing and make up and all related items as per MCI-Framingham canteen list and treatment outline (Harry S. Benyermin standards of care and mental health decisions)

Inmate's Signature: Kenneth Hunt                                Date: 11-29-06

Staff Recipient _____                 Date: _____

**\*\*DENIED GRIEVANCES MAY BE APPEALED TO THE REVIEWING AUTHORITY WITHIN 10 BUSINESS DAYS.**
(Inmate receipts/responses will be generated via the Inmate Management System.)

**EXHIBIT G-2**

# DEPARTMENT OF CORRECTION
## INMATE GRIEVANCE FORM
### FORWARD TO INSTITUTIONAL GRIEVANCE COORDINATOR (IGC)

| | | | |
|---|---|---|---|
| ame | HUNT KENNETH | Grievance# 23226 | Institution MCI SHIRLEY (MEDIUM) |
| ommit No. | W39104 | Housing A-1 | Date Of Incident 20061129  Date Of Grievance 20061130 |

**omplaint:** This grievance is written on Commissioner Kathleen Dennehy for the deliberate stalling of my recommended male to female treatments. On several occasions the Commissioner received from all related personnel a requested recommended treatment outline consisting of laser hair removal treatment, access to all female clothing and related items including makeup etc, which will allow me to begin real life transition and sex reassignment surgery as it stands. I have been put off by the commissioner, it's either awaiting a security decisions or an out right run around, another inmate going through the same treatment has already went through the same treatments, has already went through the same procedures that I'm waiting for. This continue stalling is a violation of the stipulation agreement

**emedy equested:** honor stipulation agreement by giving me laser hair removal treatments, access to all female clothing and make up and all related items as per MCI Framingham canteen list and treatment outline (Harry S,. Bengermin standards of care and mental health decisions)

**aff ecipient:** Walsh Sandra M  CO III

**aff volved:** Dennehy Kathleen  COMMISSIONER

**gnature:**

## RECEIPT BY INSTITUTIONAL GRIEVANCE COORDINATOR

**ate Received:** 20061130   **Decision Date:**

**gnature:**

**nal Decision:**

**ecision:**

**gnature:** Lt Walsh   **Date** 11·30·06

enied grievances may be appealed to the Superintendent within 10 working days of Institution rievance Coordinator's decision.

## INMATE RECEIPT

| | | | |
|---|---|---|---|
| ame | HUNT KENNETH | | Institution MCI SHIRLEY (MEDIUM) |
| ommit No. | W39104 | Grievance# 23226 | Date Received 20061130 |

**gnature:** Walsh Sandra M  CO III

FORM "A"

**EXHIBIT G-3**

COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF CORRECTION
INMATE GRIEVANCE FORM

| INMATE'S NAME: Kenneth Hunt | INMATE'S #: W 39104 | DATE: 11-29-06 |
|---|---|---|
| INSTITUTION: Shirley (med) | | DATE OF INCIDENT: 11-29-06 |

**INSTRUCTIONS:**
1. Refer to 103 CMR 491, Inmate Grievance Policy.
2. In Block B, give a brief and understandable summary of your complaint/issue.
3. List any actions you may have taken to resolve this matter in Block C. Be sure to include the identity of staff members you have contacted.
4. Provide a Requested Remedy in Block D.

**A.** When filing an Emergency Grievance check Emergency.

_____ **EMERGENCY**

**B.** Give a brief and understandable summary of your complaint/issue. Additional paper may be used, if necessary. This grievance is written on ~~commiss~~ Superintendent Michael Thompson for the deliberate stalling of my recommended male to female treatments. On several occasions the Superintendent was made aware of recommended treatment outline consisting of laser hair removal treatment, access to all female clothing and related items including make up etc, which will allow me to begin real life transition, and sex reassignment surgery, as it stands, I have been put off with statements of either, 'it's awaiting a security decision, or an outright run around, another inmate going through the same treatments, has already went through the same procedures that I'm currently waiting for.' This continued stalling is a violation of the stipulation agreement.

**C.** List any action taken to address/resolve this matter. Include the identity of staff members you have contacted. ~~Honor stipulation agreement by giving me laser hair~~

**D.** Provide your Requested Remedy. Honor stipulation agreement by giving me laser hair removal treatments, access to all female clothing and make up, and all related items as part of my treatment regimen

Inmate's Signature _Kenneth Hunt_ Date: _11-29-06_

Staff Recipient _____ Date: _____

**\*\*DENIED GRIEVANCES MAY BE APPEALED TO THE REVIEWING AUTHORITY WITHIN 10 BUSINESS DAYS.**
(Inmate receipts/responses will be generated via the Inmate Management System.)

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### INMATE GRIEVANCE FORM
### FORWARD TO INSTITUTIONAL GRIEVANCE COORDINATOR (IGC)

**Name:** HUNT KENNETH **Grievance#** 23227 **Institution** MCI SHIRLEY (MEDIUM)

**Commit No.** W39104 **Housing** A-1 **Date Of Incident** 20061129 **Date Of Grievance** 20061130

**Complaint:** This grievance is written on Superintendent Michael Thompson for the deliberate stalling of my recommended male to female treatments. On several occasions the superintendent was made aware of recommended treatment consisting of laser hair removal treatment, access to all female clothing and related items, including make up etc, which will allow me to begin real life transition, and sex reassignment surgery. As it stands, I have been put off with statements of either, "its awaiting a security decision, or an out right run around, another inmate going throught the same treatment, has already went thorough the same procedures that I'm currently waiting for. This continued stalling is a violation of the stipulation agreement.

**Remedy Requested:** Honor stipulation agreement by giving me laser hair removal treatments, access to all female clothing and make up, and all related items as part of my treatment regimen.

**Staff Recipient:** Walsh Sandra M  CO III

**Staff Involved:** Thompson Michael   SUPERINTENDENT

**Signature:**

---

### RECEIPT BY INSTITUTIONAL GRIEVANCE COORDINATOR

**Date Received** 20061130  **Decision Date**

**Signature**

**Final Decision**

**Decision**

**Signature** _Walsh_  **Date** 11-30-06

Denied grievances may be appealed to the Superintendent within 10 working days of Institution Grievance Coordinator's decision.

---

### INMATE RECEIPT

**Name:** HUNT KENNETH  **Institution** MCI SHIRLEY (MEDIUM)

**Commit No.** W39104  **Grievance#** 23227  **Date Received** 20061130

**Signature:** Walsh Sandra M  CO III




EXHIBIT
G-5

*The Commonwealth of Massachusetts*
*Executive Office of Public Safety*
*Department of Correction*
*Health Services Division*
P.O. Box 426
Bridgewater, MA 02324
Phone: (508) 279-8612
Fax: (508) 279-8654
www.mass.gov/doc

Mitt Romney
*Governor*

Kerry Healey
*Lieutenant Governor*

Edward A. Flynn
*Secretary*

Kathleen M. Dennehy
*Commissioner*

James R. Bender
*Deputy Commissioner*

August 16, 2005

Kenneth Hunt, W39104
MCI Shirley Medium
Shirley, MA

Dear Kenneth Katheena Hunt:

Your July 22, 2005 letter to Commissioner Dennehy was referred to me as the Acting Director of Health Services for the Massachusetts Department of Correction. You wrote regarding being allowed to have female bras and other female clothing.

We are currently seeking clarification from the contractual medical provider regarding Fenway Community Health clinic recommendations. As you may be aware, recommendations made by consultants are reviewed by the contractual medical provider to determine appropriate treatment plans for individuals in the custody of the Massachusetts Department of Correction. In certain instances, safety and security concerns must also be taken into consideration regarding the provision of some items. Departmental review regarding these matters will take place upon determination of the appropriate treatment plan by the contractual medical provider.

In the meantime, I would encourage you to continue working closely with your primary care clinician at MCI Shirley. I am confident that you will be kept up-to-date on decisions as they are reached.

Sincerely,

Peter J. Heffernan, Acting Director

eak

CC:   Kathleen M. Dennehy, Commissioner
      Michael Thompson, Superintendent, MCI Shirley
      Kenneth Appelbaum, MD, Mental Health Director
      Arthur Brewer, MD, Program Medical Director
      Mental Health Director, MCI Shirley
      Cheryl Carter-Piper, RN, HSA, MCI Shirley

PRINTED ON RECYCLED PAPER

EXHIBIT
**G 6**



Mitt Romney
*Governor*

Kerry Healey
*Lieutenant Governor*

Edward A. Flynn
*Secretary*

*The Commonwealth of Massachusetts*
*Executive Office of Public Safety*
*Department of Correction*
*Health Services Division*
*P.O. Box 126*
*Bridgewater, MA 02324*
*Phone: (508) 279-8612*
*Fax: (508) 279-8654*
*www.mass.gov/doc*

Kathleen M. Dennehy
*Commissioner*

James Bender
*Deputy Commissioner*

February 16, 2005

Kenneth Hunt, W39104
MCI Shirley
Shirley, MA

Dear Mr. Hunt:

Your December 20, 2004 letter to Commissioner Dennehy was referred to me as the Director of Health Services for the Massachusetts Department of Correction. You are requesting an update on the matter of your request for female clothing and makeup to be allowed.

Be advised that this matter continues to be under review. When the appropriate authorities have made a decision you will be notified.

Sincerely,

Susan J. Martin, Director

CC:    Kathleen M. Dennehy, Commissioner

PRINTED ON RECYCLED PAPER




EXHIBIT
G-7

*The Commonwealth of Massachusetts*
*Executive Office of Public Safety*

*Department of Correction*
**MCI-Shirley**

**P. O. Box 1218**
**Shirley, Massachusetts 01464**
**(978) 425-4341, Fax (978) 514-6601**
www.mass.gov/doc

**Mitt Romney**
Governor
**Kerry Healey**
Lieutenant Governor
**Edward A. Flynn**
Secretary

**Kathleen Dennehy**
Commissioner
**James Bender**
Deputy Commissioner
**Michael A. Thompson**
Superintendent

November 14, 2005

Kenneth Hunt W-39104
MCI-Shirley
P.O. Box 1218
Shirley, MA 01464

Dear Mr. Hunt:

Your letter to Superintendent Thompson dated November 8, 2005 regarding your request to begin "Real Life Transition (RLT)" and to dress as a female during your counseling sessions has been referred to me for response.

Be advised that the point at which Real Life Transition may be recommended is not an administrative decision and therefore is not authorized at this time. Additionally, your ongoing request to obtain female articles of clothing remains pending. You have been authorized to obtain a bra, which may be worn upon receipt.

I trust this response addresses your concerns.

Sincerely,

Scott E. Anderson
Deputy Superintendent

SEA/emc

cc: Michael A. Thompson Superintendent
    Lawrence Weiner, DOC Health Services
    Merleen Mills, Mental Health Director
    file

"Accredited by the Commission on Accreditation for Corrections"




*The Commonwealth of Massachusetts*
*Executive Office of Public Safety*

Department of Correction
**MCI-Shirley**

**P. O. Box 1218**
**Shirley, Massachusetts 01464**

**(978) 425-4341, Fax (978) 514-6601**
www.mass.gov/doc

**Mitt Romney**
*Governor*
**Kerry Healey**
*Lieutenant Governor*

**Edward A. Flynn**
*Secretary*

**Kathleen M. Dennehy**
*Commissioner*
**James R. Bender**
*Acting Deputy Commissioner*
**Michael A. Thompson**
*Superintendent*

August 16, 2004

Mr. Kenneth Hunt W-39104
MCI-Shirley
P.O. Box 1218
Shirley, MA  01464

Dear Mr. Hunt:

Your letter dated August 12, 2004 to Superintendent Thompson has been referred to me for a response.

Your request for Gender Identity Disorder items has been forwarded to the UMASS Medical Director for a decision. Once a decision has been rendered, it will be forwarded back to the facility for a recommendation to then be forwarded to the Commissioner's office for a final determination.

Once this process is complete, you will be notified.

I trust this addresses your inquiry.

Sincerely,

Carol Mici
Deputy Superintendent Programs/Classification

CM/emc

Cc:     Michael Thompson, Superintendent
        Merideth Kasey, Director of Mental Health
        file

"Accredited by the Commission on Accreditation for Corrections"

EXHIBIT
G-9

## UMASS CORRECTIONAL HEALTH
### SICK CALL REQUEST FORM

Print Name: Hent, Kenneth          ID#: _____

Date/Time: _____          Housing Location: _____

Check **ONLY** One Box:     ☐ Medical    ☐ Dental    ☐ Mental Health

Nature of problem or request: _need to ↑ Vit D._

I consent to be treated by the healthcare staff for the condition described above.

(N3 Refusal - JF)     Inmate Signature  X Kenneth Hent

**PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA**
**DO NOT WRITE BELOW THIS AREA**

Date/Time Recieved: 11/24/05

Institution: _____

REFERED TO:  ☐ Nurse   ☐ Midlevel   ☒ Physician (or N.P.)   ☐ Mental Health   ☐ Dental   ☐ Other

11/28 - need Rx

Slip Sorted by: _____

Subjective: Wants to go up with Estrogen

Objective: T ___ P ___ R ___ B/P ___
Wants to go up to 70 c/day
Has no other complaint.
Ass: Gender Dysphoria
On Estrogen

Assessment: 

Plan [include inmate education]: See orders

Signature & Title: A. Enaw, M.D.     Date: ___   Time: ___

8022 Rev. 4/01