UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**KENNETH L. HUNT,**

    **Plaintiff,**

    v.                                  CIVIL ACTION No. 95-10169-NG

**MASSACHUSETTS DEPARTMENT OF CORRECTION, et al.,**

    **Defendants.**

## OPPOSITION OF DEPARTMENT OF CORRECTION DEFENDANTS TO PLAINTIFF'S MOTION TO RE-OPEN THE CASE

The Massachusetts Department of Correction ("DOC") defendants, through counsel, hereby submit their *Opposition to Plaintiff's Motion to Re-open this Case.* In support of their opposition, the defendants submit the attached Memorandum of Law.

Dated: March 21, 2007                    Respectfully submitted,

                                                NANCY ANKERS WHITE
                                                Special Assistant Attorney General

                                                /s/ Richard C. McFarland
                                                Richard C. McFarland, BBO# 542278
                                                Legal Division
                                                Department of Correction
                                                70 Franklin Street, Suite 600
                                                Boston, MA  0211-1300
                                                (617) 727-3300 x132

## CERTIFICATE OF SERVICE

I, Richard C. McFarland, counsel for Defendants, hereby certify that I served a copy of this document upon *pro se* plaintiff, Kenneth Hunt, by first class mail, postage prepaid, to his address: MCI-Shirley, Harvard Road., P.O. Box 1218, Shirley, MA 01464.  A copy of this document will be electronically filed through the ECF system to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated:  March 21, 2007                                /s/ Richard C. McFarland
                                                      Richard C. McFarland